# EXHIBIT 2

**From:** **U.S. Department of Justice - VNS** fedemail@vns.usdoj.gov
**Subject:** U.S. Department of Justice - VNS - Investigative Case SI07QE16SI0002 - Court Case 16-CR-00510
**Date:** March 14, 2017 at 9:57 AM
**To:** Carol Hepburn hepburn.lawyers@gmail.com



DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Northern District of California
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102
Phone: (415) 436-6597
Fax: (415) 436-7218

March 14, 2017

Ms. Carol Hepburn Esq.

Re:  United States v. Defendant(s) Randall Steven Curtis
     Case Number 2016R01653 and Court Docket Number 16-CR-00510

Dear Ms. Hepburn, Esq.:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. You have been designated to receive notifications on behalf of the following victim(s) identified by law enforcement during the investigation of the case:

     The VNS website is designed to educate you and keep you informed about the case. You are provided a user name and password at the end of this letter so that you may create your account. It is highly recommended that you visit this website, www.notify.usdoj.gov and provide your email address to receive more immediate notifications from our office. Additionally, a copy of the charging document, which further explains the charges in this case and more resources, have been posted to the VNS website.

If you have difficulty viewing these documents or accessing VNS, please call the VNS Call Center directly at 1-866-365-4968.

Another resource for you is the Northern District of California's Victim Witness Assistance Program website, http://www.justice.gov/usao/can/programs/vwa.html.

Advice of Victim Rights- If you believe that the United States Attorney's Office has failed to provide you with one or more of these rights there is an administrative complaint procedure, as provided under 28 CFR Section 45.10. Please contact the United States Attorney's Office for further information or visit the VRO website: http://www.justice.gov/usao/eousa/vr/index.html.

Charges have been filed against defendant(s) Randall Steven Curtis. The lead prosecutor for this case is SHAILIKA S. KOTIYA. The main charge is categorized as Project Safe Childhood.

Victims of all crimes under federal investigation are entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 42 United States Code section 10607 or the VRRA link posted at

https://www.notify.usdoj.gov.

Now that charges have been filed in federal court, victims of the charges filed are, in addition, entitled to the following rights, according to the Crime Victims' Rights Act, Title 18 United States Code section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

Please understand that these rights apply only to victims of the counts charged in federal court, and thus you may not be able to exercise all of these rights if the crime of which you are a victim was not charged. In any event, we will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to office listed above.

It is important to keep in mind that the defendant(s) are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served. While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

Additionally, please be aware that most criminal cases are resolved by a plea agreement between the United States Attorney's Office and the defendant. You should also know that it is not unusual for a defendant to seek to negotiate a plea agreement shortly before a trial is scheduled to begin. Plea agreements can be made at any time and as late as the morning of trial, leaving little or no opportunity to provide notice to you of the date and time of the plea hearing. If the court schedules a plea hearing in this case, we will use our best efforts to notify you of available information as soon as practicable. If you want to inform the prosecutor of your views regarding potential plea agreements, or any other aspect of the case, please contact the prosecutor assigned to this case or me.

Custody of a defendant during a federal criminal case is determined by the Court and is managed by the United States Marshal Service. Custody status of a defendant is subject to change during the course of the criminal proceedings. To receive the timeliest update to your case, please provide and verify your email address, as instructed below.

As of January 17, 2017, Randall Steven Curtis is not in the custody of the U.S. Marshal Service. The court, having reviewed the relevant information pertaining to the case, permitted the defendant to remain out of custody during the court proceedings.

The status hearing previously scheduled for defendant(s) Randall Steven Curtis on March 10, 2017, 11:00 AM at Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA has been rescheduled by the court. VNS will continue to provide you with updated case scheduling and event information.

A status hearing is scheduled before Judge Susan Illston for March 10, 2017, 11:00 AM at Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA for defendant(s) Randall Steven Curtis. The purpose of this hearing is to determine if there are issues that the Court needs to address and to schedule any necessary future court dates. Your appearance at this status hearing is not required.

A status hearing is scheduled before Judge Susan Illston for April 21, 2017, 11:00 AM at Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA for defendant(s) Randall Steven Curtis. The purpose of this hearing is to determine if there are issues that the Court needs to address and to schedule any necessary future court dates. Your appearance at this status hearing is not required.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the website to confirm the date and time. Please note, there is a 24-hour delay in information transfer to the website.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

You will use your Victim Identification Number (VIN) '**XXXXXXX**' and Personal Identification Number (PIN) '**XXXX**' anytime you contact the Call Center and the first time you log into VNS on the website. You are associated with multiple cases. You will need only this victim ID/PIN code to access all case information. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Hepburn.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Maria Sunga
Victim Witness Specialist

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address,

you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.