UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RANDALL STEVEN CURTIS,<br><br>        Defendant. | Case No. 19-cv-02184-PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 117 |

Before the court is defendant's motion for relief from nondispositive pretrial order of magistrate judge. Dkt. 117. On September 8, 2020, Magistrate Judge Illman entered an order resolving three discovery disputes between the parties. Dkt. 94. The court SETS the following briefing schedule on defendant's motion. Plaintiffs shall file an opposition on or before October 6, 2020 and defendant may file a reply on or before October 13, 2020. Both the opposition and the reply briefs may not exceed 5 pages (not counting declarations and exhibits).

**IT IS SO ORDERED.**

Dated: September 29, 2020

                                        /s/ Phyllis J. Hamilton
                                        PHYLLIS J. HAMILTON
                                        United States District Judge