# EXHIBIT 3

1  COLEMAN & BALOGH LLP
2  ETHAN A. BALOGH, No. 172224
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Telephone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
6  Attorneys for Defendant
   RANDALL STEVEN CURTIS
7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                        OAKLAND DIVISION
10

11 | "AMY," *et al.*,                    | Case No. 19 Cv 2184 PJH
12 |                                      |
13 |              Plaintiffs,             | DECLARATION OF ETHAN A. BALOGH IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
14 | RANDALL STEVEN CURTIS,               |
15 |                                      | Date:  February 25, 2021
16 |              Defendant.              | Time:  1:30 p.m.
17 |                                      | Date Filed: June 21, 2021
18 |                                      | Trial Date: None Set
19 |                                      | Before the Honorable Phyllis J. Hamilton
                                            Chief United States District Judge

                        **PUBLICLY FILED VERSION**

I, ETHAN A. BALOGH, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Coleman & Balogh LLP, am admitted to practice before this Court, and represent Defendant Randall Curtis in this case. I state the following on personal knowledge, and if called as a witness, could competently testify to the facts presented in this declaration.

2. Attached hereto as exhibits are a true and correct copies the following materials:[1]

Exhibit B: Plaintiffs' initial disclosures pursuant to Fed. R. Civ. P. 26(a), which I received at 4:23 p.m. on August 7, 2019. The electronic file I received was labeled "Pltfs Initial Disclosures.Curtis(3)[,]" suggesting it was the third revised version of Plaintiffs' disclosures;[2]

Exhibit C: The non-confidential portion of the deposition of Kevin Laws, taken January 26, 2021, which I have highlighted in parts, and from which I have excised the index;

Exhibit C-1: The confidential portion of the Laws deposition, which I submit herewith under seal, and which I have highlighted in parts.

Exhibit C-2: Video clips from January 26, 2021 deposition of Mr. Laws, which Defendant shall file manually;

Exhibit C-3: Exhibits from the deposition of Kevin Laws, each of which begins with the applicable deposition exhibit number, and to which we've added Bates numbering labels "Laws Depo Exs. 0001-362" for citation purposes in Defendant's Opposition Brief filed herewith. I have omitted Exs. 42-44 & 46-47 from this exhibit.

---

[1] I continue the sequential lettering of exhibits from the declaration I filed in support of Defendant's January 19, 2021 motion for judgment.

[2] I have substituted parentheses signs in my recitation, rather than the brackets Plaintiffs actually used, to be clear that the number was from Plaintiffs' naming and to avoid confusion because the use of brackets in quoted materials typically signals an edit by the write. The true file name provide by Plaintiffs was: Pltfs Initial Disclosures.Curtis[3].pdf

1

Exhibit D:     A complete set Plaintiffs' expert disclosures, combined into one PDF, with the exception of the Affidavit of Lauren Coffren, which cannot be attached because of the encrypted nature of its production to me; I have also added Bates numbering labels Ex. D (Pltfs Expert Disclosures 0001-0223) for citation purposed in Defendant's Opposition Brief filed herewith;

Exhibit E:     Plaintiffs' supplemental initial disclosures, which I received on 4:21 p.m. on October 28, 2020;

3.   I am familiar with the discovery in the criminal case, and served as co-counsel to with Shawn Halbert with respect to addressing restitution issues in the criminal case. In that case, on January 28, 2018, AUSA Julia Garcia wrote to defense counsel Shawn Halbert to negotiate restitution. At that time, the Government alleged that Skylar's, Sally's, and Sierra's images were found on Defendant's media, but *not* Savannah's.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: January 29, 2021                    */s/ E A Balogh*
                                           ETHAN A. BALOGH