# EXHIBIT B

John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:   (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, Pro Hac Vice
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia,
And Mya

Carol L. Hepburn, Pro Hac Vice
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah,
Skylar, Savannah, Sally, Sierra, Violet,
Amy, Erika, Tori, Jenny, and Jessica

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "AMY," "ERIKA," JANE SMITH, as next of friend for "TORI," minor, "JENNY," and "JESSICA," "LILY," "SARAH," JOHN DOE as court appointed conservator for "SIERRA," and "SALLY," minors, JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE, as next of friend for "PIA," and "MYA," | Case Number: 3:19-cv-02184-PJH<br><br>PLAINTIFFS' RULE 26(a)(1) REQUIRED INITIAL DISCLOSURES |

1

minors,                                    )
                                           )
                      Plaintiffs,          )
                                           )
v.                                         )
                                           )
RANDALL STEVEN CURTIS,                     )
                                           )
                      Defendant.           )
_____

Plaintiffs Amy, Erika, Jane Smith as next of friend for Tori, minor, Jenny, Jessica, Lily, Sarah, John Doe as court appointed conservator for Sierra and Sally, minors, Jane Doe as court appointed conservator of Skylar and Savannah, minors, Maureen, William L.E. Dussault as Guardian ad Litem for Violet, minor, Jane Roe, as next of friend for Pia and Mya, (collectively as "Plaintiffs") make the following initial disclosures as required by Fed. R. Civ. P. 26(a).

These disclosures are based upon, and therefore limited by, records and information in existence, presently recollected, and thus far discovered in the course of preparing these disclosures. Plaintiffs reserve the right to supplement and/or amend these disclosures due to inadvertent errors or omissions or if additional or more accurate information becomes available.

2

A.   **NAME, ADDRESS, AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION (Fed. R. Civ. P. 26(a)(1)(A)(i)**

The following person(s) are likely to have discoverable information that the Plaintiffs may use to support their claims or defenses:

**Shailika Shah Kotiya**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415−436−7443

Ms. Kotiya may have knowledge of the facts of defendant's offense(s), of the investigation of the offense(s), the criminal prosecution, the discovery conducted and/or provided to defendant during the course of the prosecution, which forms the basis of this case, and the Defendant's subsequent conviction and sentence.

Law enforcement agents involved in the investigation and prosecution of the Defendant which, on information and belief, include those from the Customs and Border Protection agents, Homeland Security agents, as well as related and affiliated Federal Bureau of Investigation officers and special agents.

These law enforcement agents may have knowledge of facts of the criminal offenses and investigation of those offenses which underlie this civil matter.

3

**Shawn Halbert**
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, CA. 94103
Phone:  415-703-0993

And

**Ethan A. Balogh**
Coleman & Balough, LLP
235 Montgomery Street, Suite 1070
San Francisco, CA. 94104
Phone:  415-391-0440

Mr. Halbert and Mr. Balogh may have knowledge of the facts of the

Defendant's offense(s), the investigation of the offense(s), the criminal

prosecution, and the discovery provided to the Defendant during the course of the

prosecution which forms the predicate criminal conduct for this case.

**Defendant Randall Steven Curtis**
Register No.:  24061-111
FCI Beaumont (Low)
PO Box 26025
Beaumont, TX. 77720-6025

The Defendant has knowledge of the facts and circumstances of his own

conduct and criminal offense(s), the investigation of the offense(s), the criminal

prosecution, the discovery conducted and provided to him and his attorney during

the course of the prosecution which forms the basis of this case. The Defendant

4

also has knowledge of his assets and resources available to satisfy all or part of any judgment.

**Kevin J. Laws**
K&S Teaching and Consulting LLC
10816 Crest Street
Fairfax, VA 22030
Phone: 703-473-9499

Based on his extensive education, training, and experience concerning the investigation of child sex abuse image exploitation crimes, Mr. Laws is familiar with the images/videos discovered during the investigation of the Defendant's predicate criminal activity which forms the basis for this case, and can identify the individual Plaintiffs depicted in the images/videos discovered during the investigation of the Defendant's predicate criminal acts.

Plaintiffs reserve the right to supplement and/or amend this list as additional discovery, documents, and information are produced by the parties, and as discovery proceeds in this case.

**B.    DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS IN ITS POSSESSION, CUSTODY, OR CONTROL (Fed. R. Civ. P. 26(a)(1)(A)(ii)**

The Plaintiffs describe the following documents, electronically stored information, and tangible things in their possession, custody, or control which may be used to support their claims:

1) All documents filed in *United States v. Randall Steven Curtis*, United States District Court, Northern District of California, San Francisco, Case 3:16-cr-00510-SI-1, including but not limited to:

   a) Indictment;

   b) Criminal Minutes Change of Plea Proceedings;

   c) Stipulation Re Restitution to Claimants Other Than "CC";

   d) Government's Sentencing Memorandum including Exhibits 1-11;

   e) Amended Judgment in a Criminal Case as to Randall Steven Curtis;

   f) Transcript of Proceedings Regarding Plea Agreement

   g) Transcript of Sentencing Hearing.

2) Notices received from the Department of Justice Victim Notice System concerning the Defendant's prosecution.

3) Current Curriculum Vitae and testimony log of Kevin J. Laws.

4) Fee Schedule of Kevin J. Laws.

The Plaintiffs also plan on requesting the discovery received by the Defendant from the government in his criminal prosecution in *United States v. Randall Steven Curtis*, United States District Court, Northern District of California, Case No. 3:16-cr-00510-SI-1.

## C.   COMPUTATION OF DAMAGES (Fed. R. Civ. P. 26(a)(1)(A)(iii)

The Plaintiffs provide the following computation of each category of damages:

1) Liquidated Damages – each Plaintiff is seeking liquidated damages of $150,000 pursuant to 18 U.S.C. 2255.

6

2)  Attorney Fees – Plaintiffs are seeking attorney fees pursuant to 18 U.S.C. 2255 in excess of $10,000 subject to a final determination by the Court after trial.

3)  Plaintiffs are seeking punitive damages pursuant to 18 U.S.C. 2255.

**D.  INSURANCE AGREEMENTS**
**(Fed. R. Civ. P. 26(a)(1)(A)(iv)**

Plaintiffs request discovery of any insurance agreements, including excess and umbrella policies, under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated this ____7th____ day of ____August____, 2019.

_/s/ John A. Kawai_____
John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN, &
ROWLEY
407 Bryant Circle, Suite F
Ojai, CA 93023
Phone: 805-272-4001
Email: jk@czrlaw.com
Attorney for Plaintiffs


_/s/ Carol L. Hepburn_____
Carol L. Hepburn, *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA 98119
Phone: 206-957-7272
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar,
Savannah, Sally, Sierra, Violet, Amy, Erika,
Tori, Jenny and Jessica

7

/s/ Deborah A. Bianco

Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Maureen, Pia, and Mya

8

1    **PROOF OF SERVICE**

2    U.S. DISTRICT COURT- NORTHERN DISTRICT OF CALIFORNIA

3
4           I am employed in the County of Ventura, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 407 Bryant Circle, Suite F, Ojai CA 93023.

5
6           On **August 7, 2019**, I served the foregoing document(s) described as **PLAINTIFFS' RULE 26(A)(1) REQUIRED INITIAL DISCLOSURES,** on all interested parties in this action as set forth on the attached service list as follows:

7
8    X    **BY MAIL:**  I placed a true copy of the above captioned documents in a sealed envelope addressed as shown above. I deposited such envelope in the mail at Beverly Hills, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

9
10
11   ☐    **BY OVERNIGHT MAIL:**  By sealing the envelope and placing it for collection and overnight delivery in a box regularly maintained by an overnight delivery service with delivery fees paid or provided for in accordance with ordinary business practices.

12
13
14   ☐    **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to counsel for defendants.

15   ☐    **BY ELECTRONIC TRANSFER/VIA FACSIMILE:**  I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above.

16
17   X    **BY ELECTRONIC SERVICE:**  Pursuant to the agreement of the parties, I caused said document(s) to be delivered via electronic mail to the addressee(s) set forth on the attached service list.

18
19
20   ☐    STATE:        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21   X    FEDERAL:     I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

22
23   Executed on **August 7, 2019**, at Ojai, California.

24
25                                        _____
                                          ASHLEY DEATHERAGE

26
Carpenter,
Zuckerman &
27
Rowley LLP
28

---

1

**PROOF OF SERVICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
Curtis, Randall Steven (CP)
19-cv-02184-SK

Deborah A. Bianco
14535 Bel-Red Road, #201
Bellevue, WA 98007
*[Admitted Pro Hac Vice]*

***Attorneys for Plaintiffs***, MAUREEN, PIA, AND MYA
Telephone: (425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn
200 First Avenue West, #550
Seattle, WA  98119
*[Admitted Pro Hac Vice]*

***Attorneys for Plaintiffs***, LILI, SARAH, SKYLAR, SAVANNAH, SALLY, SIERRA, VIOLET, AMY, ERIKA, TORI, JENNY, AND JESSICA
Telephone: (206) 957-7272
Facsimile: (206) 957-7273
Email: carol@hepburnlaw.net

Ethan A. Balogh
COLEMAN & BALOUGH, LLP
235 Montgomery Street, Suite 1070
San Francisco, CA. 94104

***Attorneys for Defendant***, RANDALL STEVEN CURTIS
Telephone: (415) 391-0440
Email: eab@colemanbalough.com

Carpenter,
Zuckerman &
Rowley LLP