# EXHIBIT C-1

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY







CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY





CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 186



Page 187

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 188

CONFIDENTIAL - ATTORNEYS' EYES ONLY





Page 190

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 191



Page 192

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 193

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 195

1





Page 197

CONFIDENTIAL - ATTORNEYS' EYES ONLY





Page 199

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page  202

CONFIDENTIAL - ATTORNEYS' EYES ONLY



203

CONFIDENTIAL - ATTORNEYS' EYES ONLY





Page 205

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 206



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 208



Page 209

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 210



Page 211

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 212

CONFIDENTIAL - ATTORNEYS' EYES ONLY





Page 214



Page 215



Page 216



Page 217

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1



Page 218





Page 220

CONFIDENTIAL - ATTORNEYS' EYES ONLY



e 221



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14                                                          07:05
15              (Whereupon, non-confidential              07:05
16              testimony was resumed.)                    07:05
17
18
19
20
21
22
23
24
25
```

Page 222