# **EXHIBIT C-2**

1 | COLEMAN & BALOGH LLP
2 | ETHAN A. BALOGH, No. 172224
  | 235 Montgomery Street, Suite 1070
3 | San Francisco, CA 94104
  | Telephone: 415.391.0440
4 | Facsimile: 415.373.3901
  | eab@colemanbalogh.com
5 |
6 | Attorneys for Defendant
  | RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| "AMY," et al., | Case No. 19 Cv 2184 PJH |
|---|---|
| Plaintiffs, | EXHIBIT C-2: DVD CONTAINING VIDEO CLIPS |
| RANDALL STEVEN CURTIS, | |
| Defendant. | Before the Honorable Phyllis J. Hamilton Chief United States District Judge |

MANUAL FILING NOTIFICATION
19 CV. 2184 PJG

**MANUAL FILING NOTIFICATION**

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served upon you via electronic mail today. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand/uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason: It is a physical object (a DVD containing one video clip of the deposition of Kevin Laws in two separate files).

Respectfully submitted,

COLEMAN & BALOGH LLP

Dated: January 29, 2021

/s/ E A Balogh
ETHAN A. BALOGH
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

## PROOF OF SERVICE

I, Ethan A. Balogh, hereby certify that today, I emailed to Plaintiffs' counsel Carol Hepburn, Deborah Bianco, and John Kawai, an electronic copy of the one video clip (in two formats) that constitutes Exhibit C-2, by emailing the clips to their email addresses, as follows: carol@hepburnlaw.net, deb@debbiancolaw.com, and jk@csrlaw.com.

Respectfully submitted,

COLEMAN & BALOGH LLP

Dated: January 29, 2021

*/s/ E A Balogh*
ETHAN A. BALOGH
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

2