# EXHIBIT E

John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, Pro Hac Vice
PO Box 6503
Bellevue, WA 98008
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia,
And Mya

Carol L. Hepburn, Pro Hac Vice
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah,
Skylar, Savannah, Sally, Sierra, Violet,
Amy, Erika, Tori, Jenny, and Jessica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| "AMY," "ERIKA," JANE SMITH, as next of friend for "TORI," minor, "JENNY," and "JESSICA," "LILY," "SARAH," JOHN DOE as court appointed conservator for "SIERRA," and "SALLY," minors, JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE, as next of friend for "PIA," and "MYA," minors, <br><br> Plaintiffs, | Case Number: 3:19-cv-02184-PJH <br><br> PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1) REQUIRED INITIAL DISCLOSURES |

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

v.

RANDALL STEVEN CURTIS,

                Defendant.

Plaintiffs Amy, Erika, Jane Smith as next of friend for Tori, minor, Jenny, Jessica, Lily, Sarah, John Doe as court appointed conservator for Sierra and Sally, minors, Jane Doe as court appointed conservator of Skylar and Savannah, minors, Maureen, William L.E. Dussault as Guardian ad Litem for Violet, minor, Jane Roe, as next of friend for Pia and Mya, (collectively as "Plaintiffs") make the following initial disclosures as required by Fed. R. Civ. P. 26(a).

These disclosures are based upon, and therefore limited by, records and information in existence, presently recollected, and thus far discovered in the course of preparing these disclosures. Plaintiffs reserve the right to supplement and/or amend these disclosures due to inadvertent errors or omissions or if additional or more accurate information becomes available.

A. **NAME, ADDRESS, AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION (Fed. R. Civ. P. 26(a)(1)(A)(i)**

The following person(s) are likely to have discoverable information that the Plaintiffs may use to support their claims or defenses:

**Shailika Shah Kotiya**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415−436−7443

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  2

                                                                                                                      **CAROL L. HEPBURN, P.S.**
                                                                                                                        ATTORNEYS AT LAW
                                                                                                                           PO BOX 17718
                                                                                                                       SEATTLE, WA 98127
                                                                 TEL: (206) 957-7272 / FAX: (206) 957-7273

Julie Garcia
United States Attorney's Office
Southern District of Ohio
Cincinnati, OH 45202

Ms. Kotiya and Ms. Garcia may have knowledge of the facts of defendant's offense(s), of the investigation of the offense(s), the criminal prosecution, the discovery conducted and/or provided to defendant during the course of the prosecution, which forms the basis of this case, and the Defendant's subsequent conviction, sentence, and entry of the restitution stipulation and order..

**Special Agent Jason Popper**
Department of Homeland Security Immigration and Customs Enforcement
Jason.popper@ice.dhs.gov
415-844-5301

**Special Agent Michael Kress**
Homeland Security Investigations
San Francisco International Airport
(415) 844-0815

Group Supervisor Agent Christina Barfuss
Cyber Crimes Child Exploitation
Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111

Agents Popper, Kress, and Barfuss, and additional law enforcement agents involved in the investigation and prosecution of the Defendant which, on information and belief, include those from the Department of Homeland Security as revealed in the discovery provided to Defendant in the course of the criminal prosecution, including but not limited to retired Agent

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

Jerald Kawai whose current location is unknown to Plaintiffs, as well as related and affiliated Federal Bureau of Investigation officers and special agents.

Special Agent Christina Barfuss is the Group Supervisor of Homeland Security Cyber Crimes/Child Exploitation Cyber Crimes Investigations Center. She may have knowledge of the request for ECD Technical Assistance at NCMEC that files be reviewed for any known child victims that were identified by law enforcement in past investigations in the form of a DVD obtained from Randall Steven Curtis.

These law enforcement agents may have knowledge of facts of the criminal offenses and investigation of those offenses which underlie this civil matter.

**Special Agent Madonia**
Homeland Security

Special Agent Madonia received one (1) DVD from the submitting agent. A formal request was made that the files be reviewed for any known child sex abuse image exploitation victims that were identified by law enforcement in past investigations.

**Special Agent Kristina Eyler**
703-675-9760

Special Agent Eyler transferred evidence to HSI office in Washington, DC.

**Shawn Halbert**
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, CA. 94103
Phone: 415-703-0993

And

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 4

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

**Ethan A. Balogh**
Coleman & Balogh, LLP
235 Montgomery Street, Suite 1070
San Francisco, CA. 94104
Phone: 415-391-0440

Ms. Halbert and Mr. Balogh may have knowledge of the facts of the Defendant's offense(s), the investigation of the offense(s), the criminal prosecution, and the discovery provided to the Defendant during the course of the prosecution which forms the predicate criminal conduct for this case.

**Defendant Randall Steven Curtis**
Register No.:  24061-111
FCI Beaumont (Low)
PO Box 26025
Beaumont, TX. 77720-6025

The Defendant has knowledge of the facts and circumstances of his own conduct and criminal offense(s), the investigation of the offense(s), the criminal prosecution, the discovery conducted and provided to him and his attorney during the course of the prosecution which forms the basis of this case. The Defendant also has knowledge of his assets and resources available to satisfy all or part of any judgment.

**Kevin J. Laws**
K&S Teaching and Consulting LLC
10816 Crest Street
Fairfax, VA 22030
Phone: 703-473-9499

Based on his extensive education, training, and experience concerning the investigation of child sex abuse image exploitation crimes, Mr. Laws is familiar with the images/videos discovered during the investigation of the Defendant's predicate criminal activity which forms the basis for this case, and can identify the individual Plaintiffs depicted in the images/videos

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 5

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

discovered during the investigation of the Defendant's predicate criminal acts. Mr. Laws has viewed the child sex abuse material which is included in the evidence of the underlying criminal investigation and has met with each of the plaintiffs herein. It is anticipated that Mr. Laws will offer testimony on identification of Plaintiffs' images within Defendant's collection of child pornography.

**Lauren Coffren**
Director of the Exploited Children Division of NCMEC
National Center for Missing and Exploited Children
333 John Carlyle Street, Suite 125
Alexandria, VA. 22314-5950
703-224-2150

Ms. Coffren is the Director of the Exploited Children Division of NCMEC and is responsible for overseeing the ECD's Child Victim Identification Program (CVIP) analysts and support personnel. She has knowledge of the procedures involving CVIP reports and their processing by NCMEC, including the procedures used to generate and maintain reports.

**Signy Arnason**
Associate Executive Director
Canadian Centre for Child Protection
615 Academy Road
Winnipeg, MB R3N 0E7
Canada
1-800-532-9135

Ms. Arnason, the Associate Executive Director from the Canadian Centre for Child Protection has knowledge of the hash values of the child pornography images and/or videos of each of the plaintiffs herein, the circulation of the images and/or videos of each Plaintiff and can identify some of the plaintiffs in the child pornography possessed by Defendant Randall Steven Curtis.

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 6

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

**Matthew Stein**
ECD Staff
NCMEC
333 John Carlyle Street, Suite 125
Alexandria, VA. 22314-5950
703-224-2150

  Mr. Stein has knowledge that child pornography images were identified as a result of additional analysis and searches of ECD Technical Assistance of NCMEC from files obtained from the criminal investigation of Randall Steven Curtis.

SA Jeffrey Stetler
Agency: Federal Bureau of Investigation
Email: jfstetler@fbi.gov
Phone Number: 360-239-9300

**Special Agent Scott Saxon - retired**
**FBI**
**360-709-3377**
**Scott.saxon@ic.fbi.gov**

  Special Agent Stetler is the current, and Special Agent Saxon is the former Law Enforcement Point of Contact regarding the At School series victim, Case No. 305C-SE-3068874.  They are familiar with the images/videos in this series and able to verify Violet's identity and age.

**Special Agent Tina Fourkas**
FBI
303-629-7171

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  7

Tina.fourkas@ic.fbi.gov

Special Agent Fourkas is the former Law Enforcement Point of Contact regarding the four victims of the Jan_Socks series, Sierra, Sally, Skylar and Savannah, Case No. 305C-DN-69921.  She is familiar with the images/videos in this series and able to verify their identities and ages.  She is not at this time performing point of contact duties with regard to this series and will not be called as a witness in this case.  She is listed here as she is a person with knowledge who is known to Plaintiffs' counsel.

Special Agent Adam L. Krob
Special Agent Allison Hirsch
FBI – Denver
alkrob@fbi.gov
alhirsch2@fbi.gov
303-313-6834

Special Agents Krob and Hirsch are the current Law Enforcement Points of Contact regarding the four victims of the Jan_Socks series, Sierra, Sally, Skylar and Savannah, Case No. 305C-DN-69921.  They are familiar with the images/videos in this series and will be able to verify the identities and ages of Sierra, Sally, Skylar and Savannah.  It is anticipated that Agent Krob may be called as a witness herein.

**Special Agent Daniel Ben-Meir**
Department of Homeland Security Immigration and Customs Enforcement
415-844-6950
Daniel.ben-meir@ice.dhs.gov

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  8

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

Special Agent Ben-Meir is the Law Enforcement Point of Contact regarding the victim of the Jenny Series, Case No. DT07QR07DT0020. He is familiar with the images/videos in this series and able to verify Jenny's identity and age.

Detective Daniel Fandrey
Agency: Suffolk County Police Department
Email: daniel.fandrey@suffolkcountyny.gov

and

**Detective Rory Forrestal - retired**
Suffolk County Police Department, Computer Crimes
631-852-6583
ForreRor@suffolkcountyny.gov

Detective Fandry is the current, and Detective Forrestal is the former, Law Enforcement Point of Contact regarding the victim of the Jessica Series, Case No. 01-477524. They are familiar with the images/videos in this series and able to verify Jessica's identity and age.

**Detective Andy Byers - retired**
Indiana State Police
(Currently on leave)
765-717-0401
abyers@isp.in.gov

and/or

**SSA J. Thomas Rothrock, retired**
Department of Homeland Security Immigrations and Customs Enforcement
317-248-4151 x 103

Supervisory Special Agent Rothrock is at this time the Law Enforcement Point of Contact regarding Maureen of the Lighthouse Series, Case No. 52F41819. SSA Rothrock and Det. Byers were involved in the original rescue and production case related to the Lighthouse series, are

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 9

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

familiar with the images/videos in this series and able to verify Maureen's identity and age. Agent Byers is currently on leave and is not performing any duties relative to the Lighthouse case. He will not be called as a witness in this matter, but is listed here as he is a person with knowledge who is known to Plaintiffs' counsel.

**Detective Deborah Behymer - retired**
Okanogan County Sheriff's Office
509-429-0831
debbiebehymer@yahoo.com

Retired Detective Behymer is the Law Enforcement Point of Contact regarding Sarah of the Marineland Series. She is familiar with the images/videos in this series and able to verify Sarah's identity and age.

**SA Kevin Shanley**
FBI
617-877-9809
Kevin.shanley@ic.fbi.gov

Special Agent Shanley is the Law Enforcement Point of Contact regarding Amy of the Misty Series. He is familiar with the images/videos in this series and able to verify her identity and age.

**SA Jamie West**
Department of Homeland Security Immigration and Customs Enforcement
802-873-3277
Jamie.west@dhs.gov
Case No. NT07QS12NT0002

And/or

**Detective Sergeant John Merrigan**
Vermont State Police – Rockingham Barracks

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 10

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

802-522-7252
John.merrigan@state.vt.us
Case No. 12D100066

Special Agent West and/or Detective Sergeant John Merrigan are the Law Enforcement Points of Contact regarding Erika and Tori of the PinkHeartSisters Series.  SA West and Detective Sergeant Merrigan are familiar with the images/videos in this series and able to verify their identities and ages.

**Corporal Amanda Garner**
**Corporal Adelle Brown**
**Constable Lana Chui**
**Sergeant Natalie Davis**
**E Division Major Crime Section**
**Royal Canadian Mounted Police**
**Mailstop #209**
**14200 Green Timbers Way**
**Surrey, BC. V3T 6P3**
**Canada**
Amanda.garner@rcmp-grc.gc.ca
**Adelle.brown@rcmp-grc.gc.ca**
**Lana.chui@rcmp-grc.gc.ca**
**Natalie.davis@rcmp-grp.gc.ca**

Or

Integrated Child Exploitation
**Victim Identification Unit**
Phone: 778-290-3930
Email: ICE_BC_VI@rcmp-grc.gc.ca

Corporals Garner and Brown, Constable Chui, and Sgt. Natalie Davis or the Victim Identification Unit of the Integrated Child Exploitation Unit of the Royal Canadian Mounted

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  11

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

Police are the Law Enforcement Points of Contact regarding Pia and Mya of the Sweet Sugar Series. They are familiar with the images/videos in this series and able to verify Pia's and Mya's identities and ages.

**And**

**Sgt. Bev Csikos – former LEPOC**
Royal Canadian Mounted Police
604-598-4349
Bev.csikos@rcmp-grc.gc.ca
Case No. 2010-690

Sgt. Csikos of the Royal Canadian Mounted Police is the former Law Enforcement Point of Contact regarding Pia and Mya of the Sweet Sugar Series. She is familiar with the images/videos in this series and able to verify their identities and ages.

**SSA Joshua Findley**
Department of Homeland Security Immigration and Customs Enforcement
503-326-7491
Joshua.s.findley@dhs.gov

And

**Detective Roy Shepherd, retired**
Richland Police Department
509-554-3613
Roy.shepherd31@gmail.com

Supervisory Special Agent Joshua Findley is the current, and Retired Detective Roy Shepherd is the former, Law Enforcement Point of Contact regarding Lily of the Vicky Series. SSA Findley and Detective Shepherd are able to verify her identity and age.

**Jane Smith**

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  12

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

**Contact through Plaintiffs' counsel**

**Jane Smith is the mother of Tori and can verify her identity and age.**

Jane Doe and her husband
Contact through Plaintiffs' counsel

Jane Doe and her husband are the parents of Skylar and Savannah and can verify their identities and ages.

John Doe and his wife
Contact through Plaintiff's counsel

John Doe and his wife are the parents of Sierra and Sally and can verify their identities and ages.

Mother of Violet as identified through confidential documents in discovery
Contact through Plaintiffs' counsel

Mother of Violet is the parent of Violet and can verify her identity and age.

Jane Roe
Contact through Plaintiffs' counsel

Jane Roe is the mother of Pia and Mya and can verify their identities and ages.

**DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS IN ITS POSSESSION, CUSTODY, OR CONTROL
(Fed. R. Civ. P. 26(a)(1)(A)(ii)**

The Plaintiffs describe the following documents, electronically stored information, and tangible things in their possession, custody, or control which may be used to support their claims:

1) All documents filed in *United States v. Randall Steven Curtis*, United States District Court, Northern District of California, San Francisco, Case 3:16-cr-00510-SI-1, including but not limited to:

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 13

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

      a) Indictment;

      b) Criminal Minutes Change of Plea Proceedings;

      c) Stipulation Re Restitution to Claimants Other Than "CC";

      d) Government's Sentencing Memorandum including Exhibits 1-11;

      e) Amended Judgment in a Criminal Case as to Randall Steven Curtis;

      f) Transcript of Proceedings Regarding Plea Agreement

      g) Transcript of Sentencing Hearing.

2) Notices received from the Department of Justice Victim Notice System concerning the Defendant's prosecution.

3) Current Curriculum Vitae and testimony log of Kevin J. Laws

4) Fee Schedule of Kevin J. Laws

5) <u>Documentation of identities of all plaintiffs including names, birth dates and the original child sex abuse image exploitation perpetrators.</u>

6) Name change documentation for Plaintiff Lily.

7) Final Decrees of Adoption for Sierra, Sally, Skylar and Savannah of the Jan_Socks series.

8) Affidavit of Lauren Coffren, Director of the Exploited Children Division (ECD) at the National Center for Missing and Exploited Children with records related to Randall Steven Curtis, ECD Technical Assistance Report #100850 which provides information related to the plaintiffs herein from files submitted by law enforcement from the criminal investigation of Randall Steven Curtis.

9) The Attorney Series Information Reports from NCMEC of the plaintiffs series of child sex abuse image exploitation images as follows:

      a) Vicky series;

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 14

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

     b) Marineland series;

     c) Jan_Socks series;

     d) At School series;

     e) Lighthouse series;

     f) Sweet Sugar series;

     g) Misty series;

     h) Jenny series;

     i) Jessica series; and

     j) PinkHeartSisters series.

9) Sanitized images of Plaintiffs' child sexual assault material.

The Plaintiffs also plan on requesting the discovery received by the Defendant from the government in his criminal prosecution in *United States v. Randall Steven Curtis*, United States District Court, Northern District of California, Case No. 3:16-cr-00510-SI-1.

**B.** **COMPUTATION OF DAMAGES**
**(Fed. R. Civ. P. 26(a)(1)(A)(iii)**

The Plaintiffs provide the following computation of each category of damages:

1) Liquidated Damages – each Plaintiff is seeking liquidated damages of $150,000 pursuant to 18 U.S.C. 2255.

2) Attorney Fees – Plaintiffs are seeking attorney fees pursuant to 18 U.S.C. 2255 in excess of $10,000 subject to a final determination by the Court after trial.

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 15

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

C. **INSURANCE AGREEMENTS**
   **(Fed. R. Civ. P. 26(a)(1)(A)(iv)**

Plaintiffs request discovery of any insurance agreements, including excess and umbrella policies, under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Plaintiffs reserve the right to supplement and/or amend this list as additional discovery, documents, and information are produced by the parties, and as discovery proceeds in this case.

Dated this 28th day of October, 2020.

/s/ John A. Kawai
John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA 93023
Phone: 805-272-4001
Email: jk@czrlaw.com
Attorney for Plaintiffs


/s/ Carol L. Hepburn
Carol L. Hepburn, *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA 98119
Phone: 206-957-7272
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra, Violet, Amy, Erika, Tori, Jenny and Jessica


/s/ Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES -  16

Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Maureen, Pia, and Mya

PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)
REQUIRED INITIAL DISCLOSURES - 17

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273