COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br>    Defendant. | Case No. 19 Cv 2184 PJH<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL |

The Court, having read and considered Defendant Curtis's Unopposed Administrative Motion to Seal the Unredacted Versions of the Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Exhibits C-1, C-3, and D to the supporting Declaration of Ethan A. Balogh—which contain materials designated by Plaintiffs as Confidential and/or Confidential Attorneys' Eyes Only based upon their inclusion of personal identifier information and photographs of Plaintiffs—and for good cause shown, hereby GRANTS Defendant's Application. The Clerk is Ordered to file Under Seal the Unredacted Versions of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and the Unredacted Version of the supporting Declaration of Ethan A. Balogh.

**IT IS SO ORDERED.**

DATED: _____, 2021        _____
                               THE HONORABLE PHYLLIS J. HAMILTON
                               CHIEF UNITED STATES DISTRICT JUDGE

1