COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>　　　　Plaintiffs,<br><br>*v.*<br><br>RANDALL STEVEN CURTIS,<br><br>　　　　Defendant. | Case No. 19 Cv 2184 PJH<br><br>PROOF OF SERVICE |

I, Ethan A. Balogh, certify that on January 29, 2021, I served Plaintiffs' counsel Carol Hepburn, John Kawai, and Deborah Bianco, via electronic mail with complete, unredacted versions of the Opposition to Plaintiffs' Motion for Summary Judgment and the Declaration of Ethan A. Balogh in Opposition to Plaintiffs' Motion for Summary Judgment.  On that day, I also caused to be served by Federal Express a copy of the Manual Filing lodging electronic Exhibit C-2 to the Balogh Declaration ("electronic exhibit), and I also served that electronic exhibit upon Mr. Kawai and Mmmes. Bianco and Hepburn by electronic mail (to jk@czrlaw.com, deb@debbiancolaw.com, and carol@hepburnlaw.net) on January 29, 2021.  Further, following service on January 29, I responded to an email sent by Ms. Bianco's on January 30, and discussed with her that same day her request for an additional redaction with respect to Exhibit C-3 to the Balogh Declaration, and I have since filed a corrected version with the Court per Ms. Bianco's request.

DATED: February 1, 2021 */s/ E A Balogh*
ETHAN A. BALOGH