COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>Plaintiffs,<br><br>RANDALL STEVEN CURTIS,<br><br>Defendant. | Case No. 19 Cv 2184 PJH<br><br>DECLARATION OF RANDALL CURTIS<br><br><br>Before the Honorable Phyllis J. Hamilton<br>Chief United States District Judge |

I, RANDALL CURTIS, declare under penalty of perjury as follows:

1. I am the defendant in this action. I state the following on personal knowledge, and if called as a witness, could competently testify to the facts presented in this declaration.

2. On no occasion have I ever purchased child pornography. None of the materials addressed in my plea agreement in my criminal case, *United States v. Curtis*, 16 Cr. 510 SI, involved the purchase of any photograph or video. Rather, the images that presented the gravamen of my criminal case were obtained for free from the internet.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: January 25, 2021

RANDALL CURTIS

DECL. OF RANDALL CURTIS
19 CV. 2184 PJH

1