COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>　　　　Plaintiffs,<br><br>RANDALL STEVEN CURTIS,<br><br>　　　　Defendant. | Case No. 19 Cv 2184 PJH<br><br>DECLARATION OF ALEXANDRA ROYBAL IN SUPPORT OF DEFENDANT CURTIS'S MOTION FOR JUDGMENT ON THE PLEADINGS, SUMMARY JUDGMENT, AND/OR PARTIAL SUMMARY JUDGMENT<br><br>Date:  February 25, 2021<br>Time:  1:30 p.m.<br><br>Trial:  June 21, 2021<br><br>Before the Honorable Phyllis J. Hamilton<br>Senior United States District Judge |

I, ETHAN A. BALOGH, declare under penalty of perjury as follows:

1.  I am a paralegal at Maxwell Law, PC, and my firm works regularly with the law firm of Coleman & Balogh LLP.  In this case, Ethan A. Balogh provided to me lists of judgments that I am informed and believe constitute part of the discovery from this case, as well as discovery from the prior Northern District of California case captioned *United States v. Curtis*, 16 Cr. 510 SI.  Attached hereto as Exhibit A is a true and correct copy of the discovery materials Mr. Balogh asked me to assess.

2.   After receiving these materials, I searched the federal PACER database for each applicable court case reflected on Exhibit A to determine the amounts of restitution awarded in those matters to persons identified either by (a) the same pseudonyms Plaintiffs have adopted in this matter, with one exception I discuss next, or (b) the same pornography series name that I am informed and believe Plaintiffs link to those pseudonyms.  The one exception is that in addition to researching and calculating restitution awards made to Lily, Mr. Balogh told me that she is the same person who used to proceed by the pseudonym Vicky, and I should treat them as one individual, which I thereafter did.  Attached hereto as Exhibit B is a true and correct copy of the spreadsheets I have prepared by which I researched and then set forth the restitution awards made in the listed cases, and then tabulated them.  My calculations reflect that Lily (aka Vicky) has received restitution awards exceeding $15 million, Sarah has received restitution awards exceeding $2.8 million, the "Sweet Sugar" series, which am I informed by counsel is Mya and Pia, have received restitution awards exceeding $575,000, and Violet has received restitution awards exceeding $590,000.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: February 5, 2021

                                                *Alexandra Roybal*
                                              ALEXANDRA ROYBAL