John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA. 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com

Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
PO Box 6503
Bellevue, WA 98008
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia,
And Mya

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah,
Skylar, Savannah, Sally, Sierra, Violet,
Amy, Erika, Tori, Jenny, and Jessica

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| "Amy," et. al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br><br><br>                         Defendant. | Case No:   3:19-CV-02184PJH<br><br>CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br><br>Judge: Honorable Phyllis J. Hamilton<br>Chief United States District Court Judge |

1

2      Plaintiffs submit the following revised chart of evidence per the Court's direction in its

3   order of March 8, 2021 (Dkt. # 170) including counsel's understanding of what is shown in the

4
    unredacted version of the images in question.
5
       The first entry on the following chart indicates the location of evidence of Defendant's
6
7   admission to possession of certain computer media which contained all of the images of the

8   Plaintiffs herein.

9

| Plaintiff | Identity | Sexual Content | Found in Defendant's Possession |
|---|---|---|---|
| All Plaintiffs | | | 1. <u>Plea agreement</u> *United States v. Curtis,* See ¶ 2 where Def. admits possession of electronic media.<br><br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 1 at Dkt # 139-4, p. 33.<br><br>2. <u>Transcript of plea hearing</u> where Def. orally admits possession of computer media containing child pornography,<br><br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 2 at Dkt # 139-4 pp; 53-55.<br><br>3. <u>HSI Report of Investigation</u> listing same computer media as plea agreement.<br><br>• <u>Located at</u> Dec of Kevin Laws ISO Pltffs' MSJ, Ex. 2 at Dkt # 139-4, p. 170. |
| Amy | <u>Identified by Amy herself</u> in Dec. of Amy ISO Pltffs MSJ, ¶ 5, P. 2, ll. 13-20 & Ex. 1. | File Name: ██████.jpg<br><br>Amy describes the sexual content of the image at paragraph 5 of her declaration. | 1. <u>NCMEC report</u> of identification of "Misty series image: ████████.jpg. |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|  |  |  |  |
|---|---|---|---|
|  | • Located at Dkt. No. 139-4, ¶ 5, p. 375, , ll. 13-20, p.377.<br><br>Sanitized image which is Ex. 1 to Amy Dec. is same image as 2. <u>Sanitized image</u> received from HSI by Kevin Laws<br>• Located at Dec. of Kevin Laws ISO Pltffs MSJ  Ex.12 Dkt No. 139-4, p.256. | Dec. of Amy ISO Pltffs MSJ, ¶ 5, P. 2, ll. 13-20 & Ex. 1.<br><br>Dec of Amy ISO Plaintiffs' MSJ ¶ 5, & Ex.1, Dkt No. 139-4, p. 375, ll. 13-20 & p. 377, | • <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 89.<br><br>2. <u>Sanitized image</u> received from HSI and identified by Amy.<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.12 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.256. |
| Erika/Tori | <u>Identified by their mother</u> (as to one of her two daughters, not clear which individual girl)  in paragraph 6, Dec. of Jane Smith Re Erika/PinkHeartSisters1 and Tori/PinkHeartSisters2 ISO Pltffs MSJ, ¶ 6, p. 2, ll. 12-16, p. 3, ll. 13-24, & Ex. 2.<br><br>• <u>Located at</u> Dkt. No. 139-4, ¶ 6, p. 367, ll. 12-16, p.368, ll. 13-24, & p.373.<br><br>Ex. 2 to Jane Smith Declaration is same image as | File Name: ███████.jpg<br><br>Letter of defense counsel Shawn Halbert acknowledges re PinkHeartSisters "the handful of images show actual sexual contact" at page 10 of Ex. 6 to Dec. of Carol L. Hepburn ISO Pltffs' MSJ<br><br>  <u>Located at</u> Dkt. No. 139-4, p. 109, paragraph "Pink Heart Sisters"<br><br>No declaration describes the redacted content of photo which is Ex. 2 to Jane Smith Declaration and Ex. 9 (2d photo) to Kevin Laws Declaration. Plaintiffs rely on court's *in camera* view of the image in that regard. | 1.  <u>NCMEC report</u> of identification of "PinkHeartSisters series image: ███████.jpg.<br><br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 90.<br><br>3. <u>Sanitized image</u> received from HSI by Kevin Laws and identified by mother Jane Smith<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.13 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.259. |

| | | | |
|---|---|---|---|
| | . <u>Sanitized image</u> received from HSI by Kevin Laws<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ Ex.13 Dkt No. 139-4, p.259. | | |
| Jenny | <u>Identified by Jenny herself</u> in Dec. of Jenny ISO Pltff's MSJ, p. 2, ll. 13-23, & Ex. 1.<br><br><u>Located at</u> Dkt. No. 139-4, p. 358, ¶5, ll. 13-25. & p. 361. | File Name: ▮▮▮▮▮.jpg<br><br>Letter of defense counsel Shawn Halbert acknowledges re Jenny ". . .these images are more graphic that (sic) for the other victims." at page 10 of Ex. 6 to Dec. of Carol L. Hepburn ISO Pltffs' MSJ<br><br><u>Located at</u> Dkt. No. 139-4, p. 109, paragraph "Jenny"<br><br>2. In paragraph 5 of her declaration Jenny describes the sexual content of the photo which is Ex. 1 (Dkt. No. 139-4, p. 361) to Declaration of Jenny and Ex. 10 (Dkt. No. 139-4, p. 252) to Kevin Laws Declaration. Plaintiffs further rely on court's *in camera* view of the image in that regard. | . <u>NCMEC report</u> of identification of "Jenny" series image: ▮▮▮▮▮.jpg<br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt No. 139-4 p. 84<br><br>2. <u>Sanitized image</u> received from HSI by Kevin Laws and identified by Jenny herself<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ Ex.10 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.252. |
| Jessica | <u>Identified by her mother</u> ▮▮▮▮ n Dec. of ▮▮▮▮▮ ISO Pltffs' MSJ, p. 2, ll. 8-11, 19-22, & Ex. 1 | ▮▮▮▮.jpg<br><br>Letter of defense counsel Shawn Halbert acknowledges re Jessica ". . .the other [photo] is essentially a cover     photo with a face and a p***s . . | 1. <u>NCMEC report</u> of identification of "Jessica" series image: ▮▮▮.jpg.<br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt No. 139-4 p. 85. |

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 4

| | | | |
|---|---|---|---|
| | Ex. 1 to ███ ███ Declaration is same image as ██. Sanitized image received from HSI by Kevin Laws <br>• Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.11 Dkt No. 139-4, p.254. | ." at page 10 of Ex. 6 to Dec. of Carol L. Hepburn ISO Pltffs' MSJ <br><br>Located at Dkt. No. 139-4, p. 109, paragraph "Jessica" <br><br>No declaration describes the redacted content of photo which is Ex. 1 to Declaration of ███ ███ ISO Pltffs' MSJ Declaration and Ex. 11 to Kevin Laws Declaration. Plaintiffs rely on court's *in camera* view of the image in that regard. | 2. Sanitized image received from HSI by Kevin Laws and identified by mother. <br>• Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.11 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.254. |
| Lily | 1. Identified by POC SA Joshua Findley at Dec. of Joshua Findley ISO Pltffs MSJ, p. 2, ¶ 4,ll. 14-21, & p. 3,¶ 8, ll. 7-9, & Ex. 1 thereto, <br><br>• Located at Dkt No. 139-4, p.343, ¶ 4, ll. 14-21, p. 344, ¶ 8, ll. 7-9, & p. 345. <br><br>2. The same image is Identified as Lily by POC Ret. Det Roy Shepherd at Dec. of Roy Shepherd ISO Pltffs MSJ, ¶¶ 3, 5, 6, & 10, p. 2, ll. 12-15, p. 3, ll. 2-4, 8-10, 17-21, p.4,ll. 1-3 & Ex. 1 <br>• Located at Dkt. No. 139-4, p. 350, ll. 12-15, p. | Transcend Thumb Drive File Path: ███ ███ File Name: ███.jpg <br><br>The sexual content of the photo is described by POC SA Joshua Findley at paragraph 8 of his declaration. <br><br>• Located at Dkt No. 139-4, p.344, ll. 7-9. <br><br>The sexual content of the photo is similarly described by POC Ret. Det. Roy Shepherd at paragraph 10 of his declaration. <br><br>• Located at Dkt No. 139-4, p.352, ll. 1-3. | 1. NCMEC report of identification of "Vicky series image: ███.jpg. <br>• Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt No. 139-4 p. 93 <br><br>2. The same image was found by Kevin Laws, on the Transcend thumb drive, Dec. of Kevin Laws ISO Pltffs MSJ, p. 4, ll. 1-4, p. 14, ll. 10-18, & Ex. 9. <br>• Located at Dkt. No. 139-4, p. 147, ll. 1-4, 13-18, p. 157, ll. 10-18. <br><br>3. Sanitized image received from HSI and identified by POCs Findley and Shepherd. <br>• Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.9 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.237. |

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 5

| | | | |
|---|---|---|---|
| | 351, ll. 2-4, 8-10, 17-21, p.352, ll. 1-3 & p. 353<br><br>Ex. 1 to the Declarations of each Findley and Shepherd is same image as the <u>sanitized image</u> received from HSI by Kevin Laws<br>&bull; <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.9 Dkt No. 139-4, p.237. | | |
| Maureen | 1. <u>Identified by herself</u> in Dec. of Maureen ISO Pltffs MSJ, ¶ 8, p. 2, l. 25 – p. 3, l. 6,  & Ex. 2.<br><br>&bull; <u>Located at</u> Dkt. No. 139-4, p. 282, l. 25 – p. 283, l. 6, & p. 286.<br><br>2. <u>Identified by Ret. Agent J. Thomas Rothrock</u> in Dec. of J. Thomas Rothrock ISO Pltffs MSJ, p. 3, ll. 17-24, p. 4, ll. 12-14. & Ex. 1.<br><br>&bull; <u>Located at</u> Dkt. No. 139-4, p.289 ll. 17-24, ,p. 290, ll. 12-14 p. 292 | ██████████ .jpg<br><br>The sexual content of the photo is described by Maureen in her declaration at paragraph 8<br>&bull; <u>Located at</u> Dkt. No. 139-4, p. 282, l. 25 – p. 283, l. 6,<br><br>The sexual content of the photo is similarly described by POC J. Thomas Rothrock at paragraph 11 of his declaration<br><br>&bull; <u>Located at</u> Dkt. No. 139-4, p. 290, ll. 12-14 | 1. <u>NCMEC report</u> of identification of "Lighthouse" series image:<br>████████████ . jpg<br><br>&bull; <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 86.<br><br>2. <u>Sanitized image</u> received from HSI by Kevin Laws and identified by Maureen and Rothrock.<br><br>&bull; <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.6 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.208. |

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 6

| | | | |
|---|---|---|---|
| | Ex. 2 to the Declaration of Maureen and Ex. 1 to the Declaration of Rothrock is same image as the <u>sanitized image</u> received from HSI by Kevin Laws<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.6 Dkt No. 139-4, p.208. | | |
| Mya | 1. <u>Identified by her mother</u>, Jane Roe in paragraphs 3 & 6 Dec. of Jane Roe RE: Mya/Sweet Pink Sugar and Pia/Sweet White Sugar  ISO Pltffs MSJ, p. 2, ll. 1`2-15, p.3, ll. 4-9, & Ex. 1.<br>.<br>• <u>Located at</u> Dkt. No. 139-4, ¶ 3, p. 305 ll. 12-15, ¶ 6, p. 306, ll.4-9, & p. 310.<br><br>2. <u>Identified by Corporal Adele Brown</u> in paragraphs 5 & 11, Dec. Re: Mya/Sweet Pink Sugar and Pia/Sweet White Sugar  ISO Pltffs MSJ, p. 3, ll. 9-13, p. 4 l. 21 – p. 5, l. 5 & Ex. 1. | SanDisk Cruzar Thumbdrive<br>File Path: ███████<br>██████<br>███<br><br>File Name:<br>███████.jpg. | 1.  <u>NCMEC report</u> of identification of "Sweet Sugar" series image: ███████.jpg<br><br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 91.<br><br>2. <u>The same image was  found</u> by Kevin Laws, on the San Disk Cruzer thumb drive, Dec. of Kevin Laws ISO Pltffs MSJ, p. 4, ll. 1-4,13-18, p. 10, ll. 13-17, & Ex. 8.<br><br>• <u>Located at</u> Dkt. No. 139-4, p. 147, ll. 1-4, 13-18, p. 153, ll. 13-17, p. 219<br><br>3. <u>Sanitized image</u> received from HSI and identified by Jane Roe and Corporal Brown.<br><br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.8 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.219. |

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 7

| | | | |
|---|---|---|---|
| | • <u>Located at</u> Dkt. Nol. 139-4, ¶ 5, p. 317, ll. 9-13, ¶ 11, p. 318, l. 21 – p. 319, l. 5, & P. 323<br><br>Ex. 1 to each of the Declarations of Jane Roe and Corporal Brown is same image as the <u>sanitized image</u> received from HSI by Kevin Laws<br>  • <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.8 Dkt No. 139-4, p.219. | | |
| Pia | Kaitlyn Calder<br><br><u>Identified by Corporal Adele Brown</u> in Dec. Re: Mya/Sweet Pink Sugar and Pia/Sweet White Sugar  ISO Pltffs MSJ, ¶¶ 5 & 13, p. 3, ll. 14-18, p. 4 l. 14-25, & Ex. 3.<br><br>  • <u>Located at</u> Dkt. Nol. 139-4, ¶¶ 5 & 13, p. 317, ll. 14-18,  p. 319, ll. 14-25, & P. 327<br><br>Ex. 3 to the Declaration of Corporal Brown is same image as the | File Name: ███.jpg.<br><br>The Sexual content of the photo is described by POC Corporal Brown in paragraph 13 of her declaration<br><br>  • <u>Located at</u> Dkt. Nol. 139-4, ¶13, p. 319, ll. 14-25. | 1.  <u>NCMEC report</u> of identification of "Sweet Sugar" series image: ███.jpg.<br><br>  • <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 91.<br><br>2. <u>Sanitized image</u> received from HSI by Kevin Laws and identified by  Corporal Brown.<br><br>  • <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.8 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.224. |

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 8

|  |  |  |  |
|---|---|---|---|
|  | sanitized image received from HSI by Kevin Laws <br> • Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.8 Dkt No. 139-4, p.224. |  |  |
| Sally | Identified by her father in paragraph 6 to Dec. of John Doe ISO Pltffs MSJ, p. 3, ll. 5-9, & Ex. 4. <br> • Located at Dkt. No. 139-4, p. 270, ll. 5-9, & p. 274. <br> Ex. 4 to the Dec. of John Doe is the same image as the sanitized image received from HSI by Kevin Laws and located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.5 149, ll.Dkt No. 139-4, p.202 | File Name: <br> ▇▇▇▇▇▇ .jpg <br> This is the same image as that of Sierra [Transcend Thumb drive File Path: ▇▇▇▇▇▇ <br> File Name: <br> ▇▇▇▇▇▇ .jpg.] but with the frame expanded to show Sally as a voyeur of the sexual behavior of Sierra. The sexual content of the image with only Sierra is described by Kevin Laws at paragraph 9(b)(i) of his declaration <br> • Located at Dkt. No. 139-4, ¶9(b)(i), p. 149, ll. 13-20. | 1. NCMEC report of identification of "Jan_Socks" series image: <br> ▇▇▇▇▇▇ . jpg <br> • Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 82. <br> 2. Sanitized image received from HSI by Kevin Laws and identified by John Doe <br> • Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.5 149, ll.Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.202. |
| Sarah | 1. Identified by Sarah herself at paragraph 6, Dec. of Sarah ISO Pltffs MSJ p. 3, ¶ 6, ll. 19-25, & Ex. 1. <br><br> • Located at Dkt. No. 139-4, p. 295, ll. 19-25, & p, 298 | Name: <br> ▇▇▇▇▇▇ .jpg <br> The sexual content of Sarah's image is described by Sarah in her declaration at paragraph 6 <br> • Located at Dkt. No. 139-4, p. 295, ll. 19-25; <br><br> The sexual content is similarly described by Det. | 1. NCMEC report of identification of "Marineland" series image: <br> ▇▇▇▇▇▇ .jpg. <br> • Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 87. <br> 2. Sanitized image received from his by Kevin Laws and identified by Sarah and Det. Behymer. |

| | | | | |
|---|---|---|---|---|
| | | 2. <u>Identified by Ret. Det. Deborah Behymer</u>,at paragraph 6,  Dec. of Deborah Behymer ISO Pltffs MSJ, p.2, l.16 – p. 3, l.2, & Ex. 1.<br>• <u>Located at</u> Dkt. No. 139-4, p. 300, l16 – p.301, l. 2 & p. 303.<br><br>Ex. 1 to each of the declarations of Sarah and Det. Behymer is the same image as the <u>sanitized image</u> received from HSI by Kevin Laws and • Located at Dec. of Kevin Laws ISO Pltffs MSJ  Ex.7 Dkt No. 139-4, p.213. | Behymer in paragraph 6 of her declaration<br>• <u>Located at</u> Dkt. No. 139-4, p. 301, ll. 1-7. | • <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.7 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.213. |
| | Savannah | <u>Identified by her mother</u> in paragraphs 2 & 4, Dec. of Jane Doe ISO Pltffs MSJ p.2, ll. 7-13. P. 3, ll. 5-7, & Ex. 3.<br>• <u>Located at</u> Dkt. No. 139-4, ¶¶ 2 & 4, p. 276, ll. 7-13, p. 277, ll. 5-7, & p. 200<br><br>Ex. 3 to the Dec. of Jane Doe is the same image as the sanitized image received from HSI by Kevin Laws and located at Dec. of | San Disk Cruzar File Path: 1\little File Name:<br><br>████████ .jpg.<br><br>The sexual content of the photo is described by Kevin Laws at paragraph 9(b)(ii) of his declaration, pp. 7, l. 27 – p, 8, l. 9.<br><br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.5 Dkt No. 139-4, p. 150, l. 27 – p. 151, l. 9,. | 1. <u>NCMEC report</u> of identification of "Jan_Socks" series image:<br><br>████████ .jpg<br><br>• <u>Located at</u> Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 82.<br><br>2. <u>Sanitized image</u> received from HSI and identified by  Jane Doe.<br><br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ  Ex.5 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.200. |

| | | | |
|---|---|---|---|
| | Kevin Laws ISO Pltffs MSJ Ex.5 Dkt No. 139-4, p.200 | | |
| Sierra | Identified by her father John Doe at paragraphs 3, 4, & 6, in Dec. of John Doe ISO Pltffs MSJ, p.2, ll. 7-11, p. 3, ll. 5-9, & Ex. 1 • Located at Dkt. No. 139-4, ¶¶ 3,4,& 6, p.269, ll. 12-24, p. 270, ll. 5-9, & p. 271. Ex. 1 to the Declaration of John Doe is the same image as the sanitized image received from HSI and • Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.5 Dkt No. 139-4, p.205. | Transcend Thumb drive File Path: ███████ ███ File Name: ███████ jpg. The sexual content of the image is described by Kevin Laws at paragraph 9(b)(i) at page 6, ll. 13-20. • Located at Dkt. No. 139-4, p. 149, ll. 13-20. | 1. NCMEC report of identification of "Jan_socks" series image: ████████████. jpg. • Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 82. 2. The same image was found by Kevin Laws, on the Transcend thumb drive, Dec. of Kevin Laws ISO Pltffs MSJ, p. 4, ll. 1-4, 13-18, p. 6, ll. 13-20, & Ex. 5. • Located at Dkt. No. 139-4, p. 147, ll. 1-4, 13-18, p. 149, ll. 13-20, p. 205 3. Sanitized image received from HSI and identified by John Doe and • Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.5 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.205. |
| Skylar | Identified by her mother in paragraphs 2 & 4, Dec. of Jane Doe ISO Pltffs MSJ p.2, ll. 7-13. P. 2, l. 26 – p. 3, l. 3, & Ex. 2. • Located at Dkt. No. 139-4, ¶¶ 2 & 4, p. 276, ll. 7-13, p. 276, l. 26 – p.277 l. 3, & p. 278 | SanDisk Cruzer File Path: Partition-1\little File Name: ███.jpg The sexual content of this image of Skylar is described in paragraph 9(b)(iii) of the Declaration of Kevin Laws ISO Pltffs' MSJ • Located at Dkt. No. 139-4, p.151, ll.16-24. | 1. NCMEC report of identification of "Jan_socks" series image: ███.jpg • Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 82. 2. The same image was found by Kevin Laws, on the San Disk Cruzer thumb drive, Dec. of Kevin Laws ISO Pltffs MSJ, ¶ |

| | | | |
|---|---|---|---|
| | Ex. 2 to the Dec. of Jane Doe is the same image as the <u>Sanitized image</u> received from HSI by Kevin Laws and <br> • Located at Dec. of Kevin Laws ISO Pltffs MSJ Ex.5 Dkt No. 139-4, p.198. | | 9(b)(iii), p. 4, ll. 1-4,13-18, p. 8, ll. 12-24, & Ex. 5. <br> • Located at Dkt. No. 139-4, p. 147, ll. 1-4, 13-18, p. 151, ll. 12-24, p. 198 <br><br> 3. <u>Sanitized image</u> received from HSI by Kevin Laws and identified by Jane Doe and <br> • Located at Dec. of Kevin Laws ISO Pltffs MSJ  Ex.5 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.198. |
| Violet | 1. <u>Identified by her mother</u> in paragraphs 3 & 5, Dec. of Violet's Mother Re: Violet and At School Series ISO Pltffs MSJ, p.2, ll. 12-14, 23-25, & Ex 1. <br><br> • Located at Dkt. No. 139-4, p. 261, ll. 13-14, 23-25, & p. 263. <br><br> 2. <u>Identified by S/A Stetler</u> in Dec. of S/A Jeffrey F. Stetler ISO Pltffs MSJ, ¶¶ 4, 6, & 7, p.2. ll. 17-23, p. 3, ll. 7-13, & Ex. 1; <br> • Located at Dkt. No. 139-4, p. 265, ll. 16-23, p.266, ll. 3-13, & p. 267. <br><br> 3. The image which is Ex. 1 to the declarations of Violet's Mother | ▮▮▮▮▮▮▮▮▮▮ .jpg <br><br> The sexual content of this photo of Violet is described by POC S/A Jeffrey Stetler at paragraph 7 of Dec. of S/A Jeffrey Stetler ISO Pltffs' MSJ, p.  ll. 7-13. <br><br> • Located at Dkt. No. 139-4, p.266, ll. 7-13. <br><br> The sexual content of Violet's image is similarly described by Kevin Laws in his Declaration ISO Pltffs MSJ at paragraph 9(a), p. 5, ll. 6-24 <br><br> • Located at Dkt. No. 139-4, p. 148, ll. 6-24. | 1. <u>NCMEC report</u> of identification of "At School" series image: <br> ▮▮▮▮▮▮▮▮▮▮▮▮ jpg <br><br> • Located at Hepburn Dec. ISO Pltffs MSJ, Ex. 4 at Dkt # 139-4 p. 81. <br><br> 2. <u>The same image, though with a different file name, was found</u> by Kevin Laws, on the San Disk Cruzer and Transcend thumb drives, Dec. of Kevin Laws ISO Pltffs MSJ, p. 4, ll. 1-4,13-18, p. 5, ll. 6-24, & Ex. 4. <br> • Located at Dkt. No. 139-4, p. 147, ll. 1-4, 13-18, p. 148, ll. 6-24, & p. 195. <br><br> 3. <u>Sanitized image</u> received from HSI and identified by Jane Doe and <br> • Located at Dec. of Kevin Laws ISO Pltffs MSJ  Ex.5 Dkt No. 139-4, p. 158, l. 20 – p. 159, l. 17, & p.195. |

| | | |
|---|---|---|
| and Jeffrey Stetler is the same image as the <u>sanitized image</u> received from HSI by Kevin Laws and<br>• <u>Located at</u> Dec. of Kevin Laws ISO Pltffs MSJ Ex.4 Dkt No. 139-4, p.195. | | |

Dated this 15th day of March, 2021.

CARPENTER, ZUCKERMAN, & ROWLEY

By__/s John A. Kawai_____
John A. Kawai
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel:   (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs


CAROL L. HEPBURN, P.S.

By_/s Carol L. Hepburn_____
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra, Violet, Amy, Erika, Tori, Jenny, and Jessica

1

2

3

4

5

6

7

8

9

10

11

12

DEBORAH A. BIANCO, PLLC

By_/s Deborah A. Bianco_____
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia,
And Mya

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHART RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT  - 14