COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>  Plaintiffs,<br><br>RANDALL STEVEN CURTIS,<br><br>  Defendant. | Case No. 19 Cv 2184 PJH<br><br>DECLARATION OF ETHAN A. BALOGH IN SUPPORT OF DEFENDANT CURTIS'S OBJECTIONS AND REPLY TO PLAINTIFFS' SUPPLEMENTAL PRESENTATION IN SUPPORT OF SUMMARY JUDGMENT<br><br>Before the Honorable Phyllis J. Hamilton<br>United States District Judge |

I, ETHAN A. BALOGH, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Coleman & Balogh LLP, am admitted to practice before this Court, and represent Defendant Randall Curtis in this case. I state the following on personal knowledge, and if called as a witness, could competently testify to the facts presented in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of an email and attachment Plaintiffs' counsel sent to the Court, and which I received, on March 10, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the email I sent to the Court and Plaintiffs' counsel in response to the email presented in Ex. A.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: March 19, 2021                             */s/ E A Balogh*
                                                  ETHAN A. BALOGH

# EXHIBIT A

| | |
|---|---|
| **From:** | Debbie Bianco |
| **To:** | pjhcrd@cand.uscourts.gov |
| **Cc:** | Ethan A. Balogh; Carol Hepburn; John Kawai |
| **Subject:** | Amy et al v. Curtis 3:19-CV-02184PJH |
| **Date:** | Wednesday, March 10, 2021 1:39:53 PM |
| **Attachments:** | Chart Revised Per Court Order.Curtis[1].docx |

Good afternoon, Ms. Collins,

We are working on putting together a chart that is consistent with the Court's order. I am attaching an initial sample of the chart, for the Court's review. We would ask if the Judge could please confirm that this format is what Judge Hamilton has in mind. If it is, then we will complete and file under seal. If not, we will make adjustments to meet the Court's requirements.

Thank you.


Deborah Bianco

Deborah A. Bianco P.S.
P.O. Box 6503
Bellevue, WA  98008
Phone: 425-747-4500
Facsimile:  425-747-8400
Mobile:  206-794-4884
deb@debbiancolaw.com
bianco.lawyers@gmail.com


NOTE:  This E-mail is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521 and is legally privileged.  This information is confidential and is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender indicating that fact and delete this message from your system immediately.

John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia,
And Mya

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah,
Skylar, Savannah, Sally, Sierra, Violet,
Amy, Erika, Tori, Jenny, and Jessica

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| "Amy," et. al.,<br><br>            Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS<br><br>            Defendant. | Case No:   3:19-CV-02184PJH<br><br>CHART REVISED PER COURT ORDER<br><br>Judge: Honorable Phyllis J. Hamilton<br>Chief United States District Court Judge |

Plaintiffs submits the following revised chart of evidence per the Court's direction in its

order of March 8, 2021, Dkt. # 170 including counsel's understanding of what is shown in the unredacted version of the images in question.

| Plaintiff | Identity | Sexual Conduct | Found in Defendant's Possession |
|---|---|---|---|
| Amy | Annette Mullin | File Name:  !12[1200].jpg.png<br><br>Photo shows front view of naked child, from waist to thighs, legs spread wide, focused on vagina & anus[& ?????].<br><br>Sanitized image at Dec of Amy ISO Plaintiffs' MSJ Ex.1, Dkt No. 139-4, p. 377, | Hepburn Dec. ISO Pltffs MSJ, Ex. 1 at Dkt # 139-4, p. 33 (Plea agreement ¶ 2 where Def. admits possession of electronic media) Ex. 2 at Dkt # 139-4 pp; 53-55 (transcript of plea hearing where Def. orally admits possession of computer media containing child pornography, Ex. 4 at Dkt # 139-4 p. 89 (NCMEC report of identification of "Misty series image: !12[1200].jpg.png.  Dec of Kevin Laws ISO Pltffs' MSJ, Ex. 2  at Dkt # 139-4, p. 170 (HSI Report of Investigation listing same computer media as plea), Ex.12 Dkt No. 139-4, p.256; (Sanitized image received from HSI and identified by Amy) . |
| Erika/Tori | | | |
| Jenny | | | |
| Jessica | | | |
| Lily | | | |
| Maureen | | | |
| Mya | | | |
| Pia | | | |
| Sally | | | |
| Sarah | | | |
| Savannah | | | |

CHART REVISED PER COURT ORDER  - 2

| | | | |
|---|---|---|---|
| Sierra | | | |
| Skylar | | | |
| Violet | | | |

Dated this ____ March, 2021.

CARPENTER, ZUCKERMAN, & ROWLEY

By  /s John A. Kawai
John A. Kawai
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

CAROL L. HEPBURN, P.S.

By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra, Violet, Amy, Erika, Tori, Jenny, and Jessica

DEBORAH A. BIANCO, PLLC

By /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia, And Mya

# EXHIBIT B

**From:** Ethan A. Balogh
**To:** Debbie Bianco
**Cc:** pjhcrd@cand.uscourts.gov; Carol Hepburn; John Kawai
**Subject:** Re: Amy et al v. Curtis 3:19-CV-02184PJH
**Date:** Wednesday, March 10, 2021 2:45:25 PM

Defendant objects to the Court's participation in the preparation of plaintiffs' presentation. We will perfect this objection and any others with our formal response

On Mar 10, 2021, at 13:39, Debbie Bianco <bianco.lawyers@gmail.com> wrote:

Good afternoon, Ms. Collins,
We are working on putting together a chart that is consistent with the Court's order. I am attaching an initial sample of the chart, for the Court's review. We would ask if the Judge could please confirm that this format is what Judge Hamilton has in mind. If it is, then we will complete and file under seal. If not, we will make adjustments to meet the Court's requirements.
Thank you.

Deborah Bianco

Deborah A. Bianco P.S.
P.O. Box 6503
Bellevue, WA  98008
Phone: 425-747-4500
Facsimile:  425-747-8400
Mobile:  206-794-4884
deb@debbiancolaw.com
bianco.lawyers@gmail.com

NOTE:  This E-mail is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521 and is legally privileged.  This information is confidential and is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender indicating that fact and delete this message from your system immediately.
<Chart Revised Per Court Order.Curtis[1].docx>