BALOGH & CO., APC
ETHAN A. BALOGH, No. 172224
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@balcolaw.com

Attorneys for Defendant
RANDALL STEVEN CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br><br>　　　　　Plaintiffs,<br><br>RANDALL STEVEN CURTIS,<br><br>　　　　　Defendant. | Case No. 19 Cv 2184 PJH<br><br>[PROPOSED] ORDER RE DEFENDANT'S ATTENDANCE, VIA SECURED ATTORNEY-CLIENT TELEPHONE, AT JUNE 7, 2021 SETTLEMENT CONFERENCE<br><br><br>Before the Honorable Laurel Beeler<br>United States Magistrate Judge |

The Court has scheduled an afternoon settlement conference to run from noon until 5:00 p,m., Pacific Daylight Time ("PDT") on June 7, 2021.  The Court thus requires Defendant Randall Curtis's attendance during the conference, specifically from 12:00 PM-2 PM, and then from 3:00 PM-5:00 PM on June 7, 2021.  Defendant Curtis remains in the custody of the Bureau of Prisons ("BOP") at FCI Beaumont Low, and has been issued BOP Register Number 24061-111.  The Court hereby directs the Warden of FCI Beaumont Low to make Defendant Curtis available to participate in the settlement conference, by secure attorney-client telephone, on June 7, 2021 from 12:00-2:00 PM, and then from 3:00-5:00 PM (PDT), and to call the Court's teleconference line _____, at those times on June 7, 2021.

The Clerk of the Court is directed to serve a copy of this Order on the Warden for FCI Beaumont Low via email sent to BML/ExecAssistant@bop.gov.  It is FURTHER ORDERED that the Warden or his/her designee shall confirm receipt of this Order by emailing the Court's Courtroom Deputy, Elaine Kabiling, at lbcrd@cand.uscourts.gov, no later than June 3, 2021.

**IT IS SO ORDERED.**

DATED:  May ___, 2021                          _____
                                                                    THE HONORABLE LAUREL BEELER
                                                                    UNITED STATES MAGISTRATE JUDGE

1