```
 1  BALOGH & CO., APC
    ETHAN A. BALOGH, No. 172224
 2  100 Pine Street, Suite 1250
    San Francisco, CA 94111
 3  Telephone: 415.391.0440
 4  Facsimile: 415.373.3901
    eab@balcolaw.com
 5
 6  Attorneys for Defendant
    RANDALL STEVEN CURTIS
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                           OAKLAND DIVISION
10
11
                                        Case No. 19 Cv 2184 PJH
12  "AMY," et al.,
                                        [PROPOSED] ORDER RE DEFENDANT'S
13           Plaintiffs,                ATTENDANCE, VIA SECURED
                                        ATTORNEY-CLIENT TELEPHONE, AT
14  RANDALL STEVEN CURTIS,              JUNE 7, 2021 SETTLEMENT CONFERENCE
15
             Defendant.
16
17
18                                      Before the Honorable Laurel Beeler
                                        United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28
```

The Court has scheduled an afternoon settlement conference to run from noon until 5:00 p,m., Pacific Daylight Time ("PDT") on June 7, 2021. The Court thus requires Defendant Randall Curtis's attendance during the conference, specifically from 12:00 PM-2 PM, and then from 3:00 PM-5:00 PM on June 7, 2021. Defendant Curtis remains in the custody of the Bureau of Prisons ("BOP") at FCI Beaumont Low, and has been issued BOP Register Number 24061-111. The Court hereby directs the Warden of FCI Beaumont Low to make Defendant Curtis available to participate in the settlement conference, by secure attorney-client telephone, on June 7, 2021 from 12:00-2:00 PM, and then from 3:00-5:00 PM (PDT), and to call the Court's teleconference line 866-434-5269/Access Code: 5759193, at those times on June 7, 2021.

The Clerk of the Court is directed to serve a copy of this Order on the Warden for FCI Beaumont Low via email sent to BML/ExecAssistant@bop.gov. It is FURTHER ORDERED that the Warden or his/her designee shall confirm receipt of this Order by emailing the Court's Courtroom Deputy, Elaine Kabiling, at lbcrd@cand.uscourts.gov, no later than June 3, 2021.

**IT IS SO ORDERED.**

DATED: May 26, 2021

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1