UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "AMY," et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br>    Defendant. | Case No. 19-cv-02184-PJH<br><br>**ORDER VACATING TRIAL DATE**<br>Re: Dkt. No. 200 |

Having been advised by the minute order of Magistrate Judge Beeler that the parties successfully settled the case, with all material terms on the record, the court hereby VACATES the trial date currently set for September 7, 2021, and the pre-trial conference date set for August 12, 2021. The court sets no further control dates in light of the time needed to prepare and resolve the minors' compromise settlements. Magistrate Judge Beeler retains jurisdiction to consider approval of the minors' compromises. The parties shall file a dismissal as soon as practicable.

**IT IS SO ORDERED.**

Dated: June 8, 2021

                                              /s/ Phyllis J. Hamilton
                                              PHYLLIS J. HAMILTON
                                              United States District Judge