1  John A. Kawai, State Bar 260120
   CARPENTER, ZUCKERMAN & ROWLEY
2  407 Bryant Circle, Suite F
   Ojai, CA. 93023
3  Tel:  (805) 272-4001
   Fax:  (805) 719-6858
4  Email:  team3@czrlaw.com

5  Deborah A. Bianco, *Pro Hac Vice*
   P.O. Box 6503
6  Bellevue, WA. 98008
   Tel:  (425) 757-4500
7  Email:  deb@biancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   P.O. Box 17718
9  Seattle, WA. 98127
   Tel:  (206) 957-7272
10 Fax:  (206) 957-7273
   Email:  carol@hepburnlaw.net
11

12 Attorneys for Plaintiffs

13

14                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 "AMY," "ERIKA," JANE SMITH, as next of        Case No: 4:19-cv-02184-PJH
   friend for "TORI," minor, "JENNY," and
17 "JESSICA," "LILY," "SARAH," JOHN DOE          DECLARATION OF DEBORAH A. BIANCO
   as court appointed conservator for "SIERRA,"  IN SUPPORT OF MOTION FOR APPROVAL
18 and "SALLY," minors, JANE DOE as court         OF MINOR SETTLEMENT RE PIA, A MINOR
   appointed conservator for "SKYLAR" and
19 "SAVANNAH," minors, "MAUREEN,"                 HEARING DATE:
   WILLIAM L.E DUSSAULT as Guardian ad           TIME:  10:00 am
20 Litem for "VIOLET," minor, JANE ROE, as        COURTROOM:
   next of friend for "PIA," and "MYA," minors,
21
                                                 BEFORE HONORABLE LAUREL BEELER
22              Plaintiffs,                       UNITED STATES DISTRICT COURT

23

24 v.

25 RANDALL STEVEN CURTIS,

26              Defendant.

27

28 DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF
   MOTION FOR APPROVAL OF MINOR SETTLEMENT
   - 1

I, DEBORAH A. BIANCO, hereby declare the following:

1.      I am an attorney licensed to practice law in the states of Washington, Missouri and Illinois, and I make this declaration based on my personal knowledge and belief and I am competent to testify to the facts set forth herein.

2.      Qualifications.  I have been licensed to practice law continuously since 1983.  A copy of my Curriculum Vitae is attached hereto as Ex.1.  I am currently licensed and in good standing in the states of Washington, Missouri, and Illinois.  I have never been disciplined by any Bar Association and there are no matters currently pending with any Bar Association concerning me.

3.      Carol Hepburn and I jointly represent the Plaintiffs Pia, Mya, and Maureen in this matter. We also co-represent approximately 12 other victims of child pornography crimes.  Maureen is an adult, and during the pendency of this case Mya has reached majority.

4.      I am primarily responsible for matters involving the Plaintiffs known as the Sweet Sugar victims who are identified by the pseudonyms of Pia and Mya and the Lighthouse1 victim, identified by the pseudonym of Maureen. John Kawai is our local counsel, and has conferred with us prior to and throughout the pendency of this matter. Carol Hepburn, John Kawai, and I have jointly worked on this case, on behalf of all of the Plaintiffs.

5.      Appropriateness of Proposed Settlement.  Over the last few years there have been a number of settlements of civil claims negotiated on behalf of both the Sweet Sugar victims and the Lighthouse1 victim, as well as other victims, including some who are Plaintiffs in this case, and others with similar claims but who are not Plaintiffs in this matter. None of these civil claims by victims of child pornography crimes has proceeded to trial.

DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF
MOTION FOR APPROVAL OF MINOR SETTLEMENT
- 2

6.      During the conduct of this matter and particularly during settlement negotiations, Carol Hepburn and I have kept our clients apprised of the legal issues raised and the progress of the litigation.   Important concerns in this matter include the paucity of reported cases on the legal issues raised by the claim or the affirmative defenses, the prospect of collection of any settlement or judgment, and shielding our minor clients from deposition or any direct involvement in this litigation.  I have personally communicated with the legal guardian/Next Friend of the Sweet Sugar victims, with Mya  who has now reached majority, and with Maureen. All are in favor of this settlement. Mya and Maureen attended the Settlement Conference and approved of the settlement.

7.      In light of these issues, the particular facts of this case, most importantly the lack of assets held by the Defendant Mr. Curtis,  and based on my knowledge of settlements of other claims brought on behalf of these Plaintiffs and others similarly situated, we believe that this overall settlement is fair and reasonable for our clients, and is in the best interests of our minor clients, including Pia. Pia's Next Friend and legal guardian also believes that this settlement is in Pia's best interests.

8.      Fees and Costs.  This is a contingent fee case in which I do not expect to earn my normal hourly rate of $450.00. The Plaintiffs' team, as a whole, has expended more than $400,000 in attorneys' fees working on the case up to the point of settlement . I believe, based on the amount of the settlement, the fees that will be paid to the attorneys in this matter will be considerably less than what we would have earned had we been billing our clients on an hourly basis, but the fees of 1/3 of the total recovery are consistent with our fee agreements with our clients.

In the two plus years that this case has been pending I have: drafted pleadings, reviewed and edited drafts of pleadings, had numerous phone conferences and email correspondence both with my co-counsel and with opposing counsel, including a series of weekly "Meet and confer" phone

DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF
MOTION FOR APPROVAL OF MINOR SETTLEMENT
- 3

conferences over discovery issues. I have performed legal research, communicated the status of the proceedings to clients, worked on discovery (including drafting responses to interrogatories, and working with clients preparing for depositions and attending depositions of expert witnesses), consulted with witnesses, drafted legal memoranda, participated in several settlement conferences, and attended hearings by Zoom.

Plaintiffs' counsel have also advanced costs on behalf of their clients in this matter. I have personally incurred costs of $6,981.10 in this matter, consisting of: $4,539.66 paid to Kevin Laws in connection with his travel to San Francisco for the identification of the images of the Sweet Sugar and Lighthouse1 victims from Mr. Curtis' child pornography collection and report concerning same; $1,943.80 paid in connection with deposition preparation of our clients with a consultant expert Denver; round trip travel Seattle to Denver and back again for myself and Carol Hepburn of $497.64. None of the clients to my knowledge have paid any of the costs in this matter.

14.    I ask the court to approve the minor settlement in this matter and to approve the fees and costs requested overall.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully signed and submitted this _16th_day of August, 2021 at Bellevue, Washington.


 s/ Deborah A. Bianco
By:  Deborah A. Bianco, Pro Hac Vice
Attorney for Plaintiffs Jane Roe for Pia, Mya, and
Maureen

DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF
MOTION FOR APPROVAL OF MINOR SETTLEMENT
- 4

EXHIBIT 1

# Deborah A. Bianco

## EDUCATION

1980 B.A. Washington University, St. Louis Missouri cum laude
1983 J.D. Washington University, St. Louis, Missouri

## LICENSURE

State of Illinois-November 9, 1983; Bar number 06185162
State of Missouri-May 5, 1984; Bar Number 31245
State of Washington-November 13, 1990; Bar Number 19826

## EMPLOYMENT

*June, 1982- December, 1983*

Land of Lincoln Legal Assistance Foundation, St. Clair County
Office, 327 Missouri Avenue, East St. Louis, IL 62201; (618) 271-
9140,

and

*August 1984- November, 1987;*

Land of Lincoln Legal Assistance Foundation, Madison
County office, 413 East Broadway, Alton, Illinois  6220;2 (618)
462-0036

I worked for these Legal Services Corporation offices in two
*January-May, 1990*  different locations, first as a law student in East St, Louis,
Illinois, then as a staff attorney, in Alton, Illinois, and later, again, as a staff
attorney in East St. Louis, Illinois. My movement between offices was largely a
function of LSC budget cuts. In both offices I handled a family law caseload of
cases consisting almost exclusively of domestic violence and contested child
custody matters, although I also had an opportunity to be involved in class
action litigation in the East St. Louis office.

*November, 1987- July, 1989*          *Love, Lacks & Paule, Inc. P.S.,*
*11 S. Meramec, Seventh Floor, Clayton, Missouri 63105; (314)*
*863-4100*
I was employed as litigation associate, working initially as in-
house counsel for the local Coldwell-Banker residential real
estate group, but gradually assuming a domestic relations
caseload with an emphasis on issues involving children.

*October, 1990- July, 1992*   *Anderson & Fields, Inc. P.S.,*
*207 East  Edgar St., Seattle, WA 98102; (206)322-2060*
I worked as an associate attorney handling family law
matters and maintaining my own caseload of family law
cases, including dissolutions, modifications, juvenile court,
pre-nuptial contracts and domestic violence cases.

*July, 1992 October, 1995-   Reaugh, Fischnaller & Oettinger, Inc. P.S., 2001 Sixth*
*Avenue,       Suite 3000, Seattle, WA  98121; (206)448-7600*

I worked as a family law attorney, primarily, although during my employment I also had an opportunity to be involved in a legal malpractice action involving a prominent family law attorney, and I also served as co-counsel in a jury trial involving an employment matter.

*October, 1995- December, 2007*   *Campiche, Hepburn & Bianco, P.L.L.C.*
*300 Elliott Avenue West, Suite 550, Seattle, WA  98119*
*(206)281-9000*
I was an owner/unit holder of the firm. My practice consisted primarily of family law matters. The firm was composed of three attorneys with a support staff of five employees.

January, 2007-Present        Deborah a. Bianco, P.S., 14535 Bellevue-Redmond Rd. #201, Bellevue, WA  98007 (425) 747-4500
Since January 1, 2007, I have been self-employed, as a sole proprietor in my own law firm. I represent individual clients in family law matters. I work with a paralegal, Lesley Roberts, who has worked with me for the past 22 years.

## LAW RELATED ACTIVITIES

I was a member of the Board of Directors for Legal Services of Eastern Missouri from 1988-89.

I served as a member of the Highline Community College Paralegal Program Advisory Board from 1994-2003 and I was the chair of the board for one year.

I served as a mentor in the King County Bar Association Family Law Mentor Program from 1994-2012.

I received a certificate in mediation from the University of Washington Law School Foundation Professional Mediation Skills Training Certificate Program in 1994, and mediation has been a part of my practice since that time.

I have been a volunteer mediator for the King County Settlement Conference program in both Kent and Seattle, since 1996.

I served as a volunteer attorney in the King County Bar Neighborhood Legal Clinic program from 2007-2015.

I took the University of Washington Parenting Evaluation Training Program and attended Guardian ad Litem training. I served as a guardian ad litem until 1998.

I currently serve as a family law commissioner pro tempore, for King County and have served as a family law court commissioner pro tempore since 1998.

I have written materials and/or been presenter of the following:

| | |
|---|---|
| Panel member-Sexual and Domestic Violence | April, 1987 |
| Trying A Contested Child Custody Case | April, 1989 |
| Surviving Transitions With the Legal System | April 7, 1989 |
| Family Law Litigation in Washington | 1994 |
| Using the Psychology Expert in Custody and Visitation Issues in Washington | September 26, 1996 |
| Family Law in Washington | March 22, 1996 |
| Preparing a Parenting/Custody case | March 25, 1997 |
| WSTLA *Trial News* "Litigating Under the Hague Convention" | January, 2001 |
| Child Custody and Visitation in Washington | February 22, 2001 |
| Child Custody and Visitation in Washington | April 16, 2002 |
| McKinley Irvin CLE Speaker Series-Domestic Violence | April 8, 2015 |
| King County Bar Association-Navigating the King County Ex Parte Department | December 14, 2016 |

I am a member of the following Bar Associations:
- Washington State Bar Association (#19826)
- The Missouri Bar (#31245)
- Illinois State Bar Association (#6185162)
- American Bar Association
- King County Bar Association
- Association of Family and Conciliation Courts
- National Crime Victims Bar Association