John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
Washington State Bar No. 19826
PO Box 6503
Bellevue, WA 98008
Tel: (425) 747-4500
Fax: 425-747-8400
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| "Amy," et. al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS<br><br>　　　　　　　Defendant. | Case No:   4:19-CV-02184PJH<br><br>DECLARATION OF MARGARET E. MABIE IN SUPPORT OF MOTION FOR APPROVAL OF MINOR SETTLEMENT |

DECLARATION OF MARGARET E. MABIE ISO
MOTION FOR APPROVAL OF MINOR SETTLEMENT - 1

I, MARGARET E. MABIE hereby declare as follows:

1. I, Margaret E. Mabie, am an attorney licensed to practice law in the State of New York.

2. I am employed by Marsh Law Firm, PLLC.

3. I represent Plaintiffs "Amy," "Jessica," "Jenny," "Erika," and "Tori" related to their status as survivors of child pornography crimes. Although not of record, I have assisted with representation of them in this matter.

4. I make this declaration in support of the Motion for Approval of Minor Settlement in this case.

5. Since the commencement of this action, the plaintiff "Tori" reached the age of majority, and she is no longer a minor plaintiff.

6. I nonetheless make this declaration in support of the parties' settlement of the claims herein and the terms of the parties' proposed settlement agreement.

7. I was present for settlement discussions and approve of the terms of the parties' proposed settlement agreement.

8. The costs and expenses advanced by the Marsh Law Firm, PLLC for services of expert Kevin Laws in this matter were $2,569.00.

9. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing it true and correct to the best of my knowledge.

DATED July 14, 2021

*Margaret E. Mabie*

Margaret E. Mabie, Esq.
31 Hudson Yards, 11th Floor
New York, New York 10001
(315) 296-9046
margaretmabie@marsh.law

*Attorney for Plaintiffs Amy, Jessica, Jenny, Erika and Tori*

DECLARATION OF MARGARET E. MABIE ISO
MOTION FOR APPROVAL OF MINOR SETTLEMENT - 2