John A. Kawai, State Bar 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA. 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
PO Box 6503
Bellevue, WA. 98008
Tel: (425) 757-4500
Email: deb@biancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA. 98127
Tel: (206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "AMY," "ERIKA," JANE SMITH, as next of friend for "TORI," minor, "JENNY," and "JESSICA," "LILY," "SARAH," JOHN DOE as court appointed conservator for "SIERRA," and "SALLY," minors, JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE, as next of friend for "PIA," and "MYA," minors,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br>Defendant. | Case No: 4:19-cv-02184-PJH<br><br>DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE SKYLAR AND SAVANNAH<br><br>HEARING DATE:<br>TIME: 10:00 am<br>COURTROOM:<br><br>BEFORE HONORABLE MAGISTRATE JUDGE LAUREL BEELER<br>UNITED STATES DISTRICT COURT |

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE SKYLAR
AND SAVANNAH - 1

I, Jane Doe, hereby declare the following:

1. I, Jane Doe, am the mother of the minor plaintiffs "Skylar" and "Savannah" herein and am the person known as "Jane Doe" in this matter. I have been appointed, along with my husband, as co-conservator for the interests of each Skylar and Savannah by the court in our home county. I make this declaration in support of the motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughters have been represented by Ms. Hepburn since 2015 in matters relating to their rights as victims of child pornography crimes. Ms. Hepburn and I have discussed many times the nature of the claims which may be made on their behalf. We have also discussed several times the processes involved in proceeding to trial with a civil claim.

3. I have reviewed the motion and the declarations of Carol L. Hepburn, John Kawai, and Deborah Bianco, supporting the motion to approve the settlement. It is my understanding that each of the plaintiffs including my two daughters would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation. I understand that this settlement would provide a gross amount of $[redacted] to each plaintiff including my daughters, and a net payout to each of $[redacted].

4. I believe that the proposed settlement is a fair and reasonable one in that it provides a certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs for trial and for collection.

5. I am in agreement with the allocation of one third of the gross recovery for attorneys' fees in this matter. At the outset of our engaging Ms. Hepburn to represent our daughters, my husband and I entered into a fee agreement providing for a one third contingency fee together with reimbursement of reasonable out of pocket costs which she might expend. Our home county court also approved this fee agreement in the course of our conservatorship action.

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE SKYLAR
AND SAVANNAH - 2

6. I have reviewed the listing of costs expended in this matter totaling $ ▓▓▓ and understand that each Skylar and Savannah would pay $ ▓▓▓ from their gross settlement for reimbursement of these. I have no objection to reimbursement of this amount.

7. As ordered by the court in our conservatorship action, all monies received on behalf of our daughters, and including any funds coming from the resolution of this case, are place in a blocked account. We are required to report to the court each year concerning all deposits and to provide documentation concerning the activity in the account and the balance. No withdrawals are allowed without an authorizing order of the court.

8. I ask on behalf of my daughters that the court approve this settlement as proposed in the motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 14 day of July, 2021.

_____
Jane Doe, co-conservator and mother of Skylar and Savannah

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE SKYLAR
AND SAVANNAH - 3