John A. Kawai, State Bar 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA. 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
PO Box 6503
Bellevue, WA. 98008
Tel: (425) 757-4500
Email: deb@biancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, Suite 550
Seattle, WA. 98110
Tel: (206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "AMY," "ERIKA," JANE SMITH, as next of friend for "TORI," minor, "JENNY," and "JESSICA," "LILY," "SARAH," JOHN DOE as court appointed conservator for "SIERRA," and "SALLY," minors, JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE, as next of friend for "PIA," and "MYA," minors,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br>Defendant. | Case No: 4:19-cv-02184-PJH<br><br>DECLARATION OF JANE ROE IN SUPPORT OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE PIA<br><br>HEARING DATE:<br>TIME: 10:00 am<br>COURTROOM:<br><br>BEFORE HONORABLE MAGISTRATE JUDGE LAUREL BEELER<br>UNITED STATES DISTRICT COURT |

I, Jane Roe, hereby declare the following:

1. I, Jane Roe, am the mother of the minor plaintiff "Pia" herein and am the person known as "Jane Roe" in this matter. I am the exclusive legal guardian for Pia, appointed by the court in our home jurisdiction. I make this declaration in support of the motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughter has been represented by Ms. Hepburn and Ms. Bianco since 2016 in matters relating to her rights as a victim of child pornography crimes. Ms. Hepburn, Ms. Bianco and I have discussed the nature of the claims which may be made on her behalf. We have also discussed the processes involved in proceeding to trial with a civil claim.

3. At the time this matter was filed, my daughter "Mya" was also a minor and I was named as her "Next Friend." She has since reached the age of majority and is competent to make her own decisions and handle her own legal matters.

4. I have reviewed the motion and the declarations of Carol L. Hepburn, Deborah Bianco, and John Kawai, supporting the motion to approve the settlement. It is my understanding that each of the plaintiffs including my daughter would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation. I understand that this settlement would provide a gross amount of $[redacted] to each plaintiff including my daughter, and a net payout to each of $[redacted].

5. I believe that the proposed settlement is a fair and reasonable one in that it provides a certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs for trial and for collection.

6. I am in agreement with the allocation of one third of the gross recovery for attorneys' fees in this matter. At the outset of my engaging Ms. Hepburn and Ms. Bianco to represent my daughter, I entered into a fee agreement providing for a one third contingency fee together, payable to Ms. Hepburn and Ms. Bianco jointly, with reimbursement of reasonable out of pocket costs which they might expend. I further understand that it was necessary for Ms. Bianco and Ms. Hepburn to

associate with Mr. Kawai, as local counsel, in order to file this lawsuit, and that Mr. Kawai will be entitled to share in the one-third contingency fee.

7. I have reviewed the listing of costs expended in this matter totaling $_____ and understand that my daughter Pia would pay $_____ from their gross settlement for reimbursement of these. I have no objection to reimbursement of this amount.

8. All monies received on behalf of my daughter, Pia, and including any funds coming from the resolution of this case, are placed into an account for her benefit. All funds are used solely for her benefit. I have no objection to placing funds from this action in a blocked account for her benefit that will have no withdrawals without court order until she reaches 18 years old. There is already such an account established for her benefit into which we can place the funds from this case.

9. I ask on behalf of my daughter, Pia, that the court approve this settlement as proposed in the motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 14 day of July, 2021.

_____
Jane Roe as legal guardian and mother of Pia

DECLARATION OF JANE ROE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE PIA - 3