John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
Washington State Bar No. 19826
PO Box 6503
Bellevue, WA 98008
Tel: (425) 747-4500
Fax: 425-747-8400
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA 98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| "Amy," et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL STEVEN CURTIS<br><br>Defendant. | Case No: 4:19-CV-02184PJH<br><br>DECLARATION OF JANE SMITH IN SUPPORT OF MINOR SETTLEMENT AGREMMENT |

I, JANE SMITH hereby declare as follows:

1. I, Jane Smith, am the mother of the plaintiff "Tori" herein and am the person known as "Jane Smith" in this matter.

2. Since the commencement of this action, the plaintiff "Tori" reached the age of majority, and she is no longer a minor plaintiff.

3. I nonetheless make this declaration in support of the parties' settlement of the claims herein and the terms of the parties' proposed settlement agreement.

4. I was present for settlement discussions and approve of the terms of the parties' proposed settlement agreement

5. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing it true and correct to the best of my knowledge.

DATED July 8, 2021



Jane Smith AKA [redacted] AKA Jane Smith