John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PS
PO Box 6503
Bellevue, WA. 98008
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
CAROL L. HEPBURN, PS
PO Box 17718
Seattle, WA. 98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorney for Plaintiffs

Ethan A. Balogh
BALOGH & CO., APC
100 Pine Street, Suite 1250
San Francisco, CA. 94102
Tel: 415-391-0440
eab@balcolaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| "AMY," *et al.*,<br>Plaintiffs,<br><br>RANDALL STEVEN CURTIS,<br><br>Defendant. | A 19-cv-2184 PJH<br>STIPULATION OF THE PARTIES AND PROPOSED AGREED ORDER RE CONSENT TO MAGISTRATE JUDGE JURISDICTION AND DEFENDANT'S NONOPPOSITION TO PENDING MOTIONS |

At the settlement conference herein, the parties consented to Magistrate Judge Laurel Beeler's jurisdiction to decide the minors' compromise and to retain jurisdiction to enforce the terms of the settlement. The parties file this stipulation to memorialize that consent.

So too, as part of this stipulation, Defendant confirms the representations made by Plaintiffs in their Motion for Approval of Minors Settlements and in their Administrative Motion to File Under Seal Portions of Plaintiffs' Motion to Approve Minors' Settlement: Defendant does not oppose the granting of Plaintiffs' two motions. This stipulation is intended to serve as Defendant's statement of non-opposition to the motions recited above.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 24, 2021

CARPENTER, ZUCKERMAN, & ROWLEY

/s/ John A. Kawai
JOHN A. KAWAI
Attorney for Plaintiffs

CAROL L. HEPBURN, PS

s/Carol L. Hepburn
CAROL L. HEPBURN
Attorney for Plaintiffs

DEBORAH A. BIANCO. PS

s/Deborah A. Bianco
DEBORAH A. BIANCO
Attorney for Plaintiffs

DATED: September 24, 2021

BALOGH & CO., APC

s/Ethan A. Balogh
ETHAN A. BALOGH
Attorneys for Defendant

Based on the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that jurisdiction for minors' compromise will proceed under Magistrate Judge Laurel Beeler.

**IT IS SO ORDERED.**

DATED: ___________, 2021.

_______________________________________
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT COURT JUDGE